# UNITED STATES DISTRICT COURT
## for the District of Delaware

| | | |
|---|---|---|
| MARNARVI SpA, as agent for JILMAR SHIPPING S.A., | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | C.A. 1:08-cv-00389-SLR |
| DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC., ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS LLC, | ) ) ) ) ) ) | |
| Respondents. | ) | |

**Summons in a Civil Action**

To:
Advanced Polymer Coatings LLC
c/o The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Frederick. B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

    PETER T. DALLEO
    Name of clerk of the court

Date: July 8, 2008

    Deputy clerk's signature

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Advanced Polymer Coatings LLC, by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is The Company Corporation 2711 Centerville Rd Wilm DE 19808 ; or
Accepted by: Mary Drummond - Section Head at 11:05 AM. on 7/10/08

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: July 10th, 2008

_Paul H. Coulby_
Server's signature

Paul Coulby; Process Server
Printed name and title

230 N Market St Wilmington DE 19801
Server's address