# UNITED STATES DISTRICT COURT
## for the District of Delaware

| | |
|---|---|
| MARNARVI SpA, as agent for JILMAR SHIPPING S.A.,<br><br>                 Plaintiff,<br>     vs.<br><br>DONALD P. KEEHAN, ARLENE KEEHAN,<br>ADVANCED POLYMER SCIENCES, INC.,<br>ADVANCED POLYMER COATINGS, LTD F/K/A<br>ADVANCED POLYMER COATINGS LLC,<br><br>                 Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. 1:08-cv-00389-SLR |

**Summons in a Civil Action**

To:

Advanced Polymer Sciences, Inc
c/o Delaware Secretary of State
401 Federal Services, Suite 3
Dover, DE 19907

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Frederick. B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                  PETER T. DALLEO
                                                  Name of clerk of the court

Date: July 8, 2008                                          _____
                                                          Deputy clerk's signature

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Advanced Polymer Sciences, Inc.__ by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __The Secretary of State of the State of Delaware__ ; or __Service accepted by Karen Charbonneau at 2:01pm__

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __7/10/08__

__Amanda Jarman__
Server's signature

__Amanda Jarman, Process Server__
Printed name and title

__15 E North St, Dover, DE 19901__
Server's address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNAVI SpA, as agent for JILMAR SHIPPING S.A.,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC.; ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS LLC,<br><br>Respondents. | C.A. No. _____<br><br><br>COMPLAINT |

Plaintiff, Marnavi SpA ("Marnavi", as agent for Jilmar Shipping, S.A. ("Jilmar"), by and through its undersigned attorneys, respectfully alleges as against Defendants, Advanced Polymer Sciences, Inc. ("APS"), Advanced Polymer Coatings, Ltd. f/k/a Advanced Polymer Coatings, LLC ("APC"), Donald J. Keehan ("Donald Keehan") and Arlene H. Keehan ("Arlene Keehan", and together with Donald Keehan, the "Keehans", and APS, APC and the Keehans collectively, the "Defendants"), alleges as follows:

## INTRODUCTION

1. The dispute began in 1997 when Marnavi arranged for APS to apply special coatings to the inner hull of a ship called the M/T Joran (the "Joran"). APS botched the job and spent the next nine years fraudulently attempting to limit its liability and financial responsibility for the damage caused to the vessel.

2. Plaintiff brings this action in support of its related petition to enforce a foreign arbitration award, against the defendants and their alter egos. The arbitration award arose from Defendants' breach of a contract with Plaintiff, as agent for Jilmar, the company that owned the vessel the Joran, to coat the cargo tanks of the Joran with an allegedly superior epoxy