IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNARVI SpA, as agent for JILMAR SHIPPING S.A., <br><br> Plaintiff, <br><br> v. <br><br> DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC., ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 1:08-cv-00389 SLR |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Tara M. DiRocco of Cross & Simon, LLC, hereby enters her appearance as counsel on behalf of Defendants Donald P. Keehan, Arlene Keehan, Advanced Polymer Sciences, Inc., and Advanced Polymer Coatings, Ltd, in the above-entitled action.

**CROSS & SIMON, LLC**

_/s/ Tara M. DiRocco_
Richard H. Cross, Jr. (No. 3576)
Tara M. DiRocco (No. 4699)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (fax)
tdirocco@crosslaw.com

Dated: July 24, 2008

## CERTIFICATE OF SERVICE

I, Tara M. DiRocco, hereby certify that on July 24, 2008, a true and correct copy of the *Entry of Appearance* was served upon counsel in the manner indicated:

### VIA ELECTRONIC NOTICE

Frederick Brian Rosner, Esquire
Matthew Neiderman, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

Tara M. DiRocco (No. 4699)