IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARNARVI SpA, as agent for JILMAR SHIPPING S.A., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 1:08-cv-00389 SLR |
| v. | ) ) ) | |
| DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC., ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of John M. Manos to represent the Defendants in this matter.

CROSS & SIMON, LLC

_____
Richard H. Cross, Jr. (No. 3576)
Tara M. DiRocco (No. 4699)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (fax)
tdirocco@crosslaw.com
*Attorneys for Defendants*

Dated: July 28, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____        _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and am admitted to practice before the United States District Courts for the Northern and Southern District of Ohio and the United States Court of Appeals for the Sixth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 7/25/08

John M. Manos
JOHN M. MANOS CO. LPA
739 East 140th Street
Cleveland, OH 441110
(216) 681-1818
(216) 681-1810 (facsimile)
john@manosco.com