IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNARVI SpA, as agent for JILMAR SHIPPING S.A., <br><br> Plaintiff, <br><br> vs. <br><br> DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC., ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS LLC, <br><br> Respondents. | C.A. 1:08-cv-00389-SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul C. Gunther, Esq. to represent Marnavi SpA, as agent for Jilmar Shipping, S.A., in this matter.

DATED: July 30, 2008

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Fredeick B. Rosner (DE# 3995)
Matt Neiderman (DE# 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302-657-4900

- and -

OF COUNSEL:

**SALANS**

Claude D. Montgomery, Esq.
Paul C. Gunther, Esq.
620 Fifth Avenue
Rockefeller Center
New York, New York 10020
212-632-5500

*Attorneys for Marnavi, SpA, as agent for Jilmar Shipping, S.A.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

Case 1:08-cv-00389-SLR   Document 11   Filed 07/31/2008   Page 2 of 3

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

DATE: _____July 29, 2008_____           Signed: _____/s/ Paul C. Gunther_____
                                        Paul C. Gunther, Esq.
                                        Salans
                                        620 Fifth Avenue
                                        Rockefeller Center
                                        New York, New York 10020
                                        Tel: (212) 632-8364
                                        Fax: (212) 307-3349
                                        pgunther@salans.com