## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNARVI SpA, as agent for JILMAR SHIPPING S.A.,<br><br>                 Plaintiff,<br><br>        vs.<br><br>DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC., ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS LLC,<br><br>               Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>C.A. 1:08-cv-00389-SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Claude D. Montgomery, Esq. to represent Marnavi SpA, as agent for Jilmar Shipping, S.A., in this matter.

DATED: July 30, 2008

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Fredeick B. Rosner (DE# 3995)
Matt Neiderman (DE# 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302-657-4900

- and -

OF COUNSEL:

**SALANS**

Claude D. Montgomery, Esq.
Paul C. Gunther, Esq.
620 Fifth Avenue
Rockefeller Center
New York, New York 10020
212-632-5500

*Attorneys for Marnavi, SpA, as agent for
Jilmar Shipping, S.A.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this

Court, am admitted, practicing and in good standing as a member of the Bar of the state of New

York and the Bar of the state of Michigan, and pursuant to Local Rule 83.6 submit to the

disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation

or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that

the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee

payment will be submitted to the Clerk's Office upon the filing of this motion.

DATE: _____July 29, 2008_____        Signed: _____

Claude D. Montgomery, Esq.
Salans
620 Fifth Avenue
Rockefeller Center
New York, New York 10020
Tel: (212) 632-8390
Fax: (212) 632-5555
cmontgomery@salans.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____

_____
United States District Judge