IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNAVI SpA, as agent for JILMAR SHIPPING S.A.,<br><br>            Plaintiff,<br><br>      vs.<br><br>DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC.; ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS LLC,<br><br>            Respondents. | C.A. No. 08-CV-389 (SLR) |

**STIPULATED ORDER GOVERNING BRIEFING ON DEFENDANT
ADVANCED POLYMER COATINGS, LTD.'S MOTION TO DISMISS**

WHEREAS, on July 18, 2008, Defendant Advanced Polymer Coatings, Ltd. filed a Motion to Dismiss for lack of personal jurisdiction and/or improper venue;

WHEREAS, the parties have agreed to a one-week extension of time for Plaintiff to respond to the Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED, subject to approval by the Court, that Plaintiff shall have until August 11, 2008 to file an Answering Brief.

| CROSS & SIMON LLC | DUANE MORRIS LLP |
|---|---|
| /s/ Tara DiRocco<br>Tara M. DiRocco (Del No. 4699)<br>913 North Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899<br>302.777.4200<br><br>*Attorneys for Defendant Advanced Polymer Coatings, Ltd.* | /s/ Frederick B. Rosner<br>Frederick B. Rosner (Del. No. 3995)<br>Matt Neiderman (Del. No. 4018)<br>1100 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>302.657.4900<br><br>*Attorneys for Plaintiff* |

DATED: August 4, 2008

SO ORDERED this ___ day of August, 2008.

_____
United States District Judge