# UNITED STATES DISTRICT COURT
for the District of Delaware

| | |
|---|---|
| MARNARVI SpA, as agent for JILMAR SHIPPING S.A.,<br><br>      Plaintiff,<br><br>   vs.<br><br>DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC., ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS LLC,<br><br>      Respondents. | C.A. 1:08-cv-00389-SLR |

( Alias)
**Summons in a Civil Action**

To:

Donald J. Keehan
546 Masters Lane
Avon Lake, Ohio 44012-2273

A lawsuit has been filed against you.

  Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Frederick. B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: July 28, 2008

Name of clerk of the court

_____
Deputy clerk's signature

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  JULY 30, 2008 , by:

(1) personally delivering a copy of each to the individual at this place,  546 MASTERS LANE AVON LAKE, OHIO 44012 ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date:  7/31/08 

_____
Server's signature

JAMES V. CAPPARA - PI
Printed name and title

P.O. BOX 99311
CLEVELAND, OHIO 44199
Server's address