# UNITED STATES DISTRICT COURT
## for the District of Delaware

| | |
|---|---|
| MARNARVI SpA, as agent for JILMAR SHIPPING S.A., <br><br>  Plaintiff, <br><br> vs. <br><br> DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC., ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS LLC, <br><br>  Respondents. | C.A. 1:08-cv-00389-SLR |

### Alias- Summons in a Civil Action

To:

Advanced Polymer Sciences, Inc.
c/o Arlene J. Keehan
18990 Knoll Landing Drive
Fort Meyers, FL33908

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Frederick. B. Rosner, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
_____
Name of clerk of the court

_____
Deputy clerk's signature

Date: July 28, 2008

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on __Aug 01, 2008__ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: __8-04-08__

_[signature]_
Server's signature

__Eduard Modersohn   CPS# 157217__
Printed name and title
__Certified Process Server__

__2147 First St, Fort Myers, FL 33901__
Server's address

## AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## District District of Delaware

Case Number: 1:08-CV-00389-SLR

Plaintiff:
**MARNARVI SPA, as agent for JILMAR SHIPPING, S.A.,**

vs.

Defendant:
**DONALD P. KEEHAN, et al.,**

For:
Frederick B. Rosner, Esquire
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19081-1246

Received by Parcels, Inc. on the 30th day of July, 2008 at 12:19 pm to be served on **ADVANCED POLYMER SCIENCES, INC. c/o ARLENE J. KEEHAN, 18990 KNOLL LANDING DRIVE, FORT MYERS, FL 33908.**

I, Edward Modersohn, being duly sworn, depose and say that on the **1st day of August, 2008** at **10:25 am, I:**

**NON-SERVED - UNOCCUPIED:** After physical inspection, careful inquiry of neighboring residences, research and diligent attempts, we were unable to serve the **Alias Summons & Complaint; Civil Cover Sheet** on **ADVANCED POLYMER SCIENCES, INC. c/o ARLENE J. KEEHAN** at the address of **18990 KNOLL LANDING DRIVE, FORT MYERS, FL 33908** for the reason that the residence at the assigned address was ultimately determined to be unoccupied. The residence is either partially or completely void of furnishings but under either scenario has been deemed uninhabited by the undersigned server.

**Mobile Home: NO**

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, appointed by the Chief Judge, in good standing, in the 20th Judicial Circuit of Florida, in which the process was served.

Subscribed and Sworn to before me on the the 4th day of August, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

**Edward Modersohn**
CPS # 157217

Parcels, Inc.
230 N. Market Street
Wilmington, DE 19801
(800) 479-0075

Our Job Serial Number: 2008023442

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.2i