IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNAVI SpA, as agent for JILMAR SHIPPING S.A., <br><br> Plaintiff, <br><br> vs. <br><br> DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC.; ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS LLC, <br><br> Defendants. | C.A. No.1:08-cv-00389 SLR |

**PETITIONER'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT
ADVANCED POLYMER COATINGS LTD'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1.4, Plaintiff Marnavi SpA hereby respectfully requests oral argument on Defendant Advanced Polymer Coatings LTD's pending Motion to Dismiss. Briefing on the Motion to Dismiss was completed on August 12, 2008.

DATED:   August 15, 2008.

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Fredeick B. Rosner (DE# 3995)
Matt Neiderman (DE# 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302-657-4900

- and -

| | |
|---|---|
| OF COUNSEL: | **SALANS** |
| | Claude D. Montgomery, Esq.<br>Paul C. Gunther, Esq.<br>620 Fifth Avenue<br>Rockefeller Center<br>New York, New York 10020<br>212-632-5500 |
| | *Attorneys for Marnavi, SpA, as agent for Jilmar Shipping, S.A.* |

## **CERTIFICATE OF SERVICE**

I, Matt Neiderman, do hereby certify that on this 15th day of August 2008, I caused to be served a copy of the foregoing document on the following counsel of record via electronic filing:

>Tara M. DiRocco
>Cross & Simon, LLC
>913 North Market Street, 11th Floor
>Wilmington, DE 19899

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Matt Neiderman (I.D. No. 4018)