IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNAVI SPA, as agent for JILMAR SHIPPING S.A.,<br><br>Plaintiff,<br><br>v.<br><br>DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, ADVANCED POLYMER SCIENCES, INC. and ADVANCED POLYMER COATINGS, LTD.,<br><br>Defendants. | C.A. No. 08-389-SLR/LPS |

## DECLARATION OF KATHLEEN E. WRIGHT

I, Kathleen E. Wright, hereby declare under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am of counsel with the firm of Storch Amini & Munves PC, counsel for Plaintiff Marnavi Spa, as agent for Jilmar Shipping S.A. ("Marnavi"), in the above captioned action. I make this declaration in support of Marnavi's opposition to the motions for summary judgment of the individual defendants, Donald P. Keehan and Arlene Keehan (the "Keehans"), and Advanced Polymer Coatings, Inc. ("APC") (collectively, "Defendants").

2. Attached hereto as Exhibit 1 is a true and correct copy of the deposition transcript of Denise Keehan, taken on May 20, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of the deposition transcript of Arlene Keehan, taken on May 24, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of the deposition transcript of Donald Keehan, taken on June 2, 2010.

5. Attached hereto as Exhibit 4 is a true and correct copy of the deposition transcript of Joe Harrington, taken on September 22, 2010.

6. Attached hereto as Exhibit 5 is a true and correct copy of the deposition transcript of Claudio Pesce, taken October 11, 2010.

7. Attached hereto as Exhibit 6 is a true and correct copy of the deposition transcript of Norbert Hobrath, taken October 20, 2010.

8. Attached hereto as Exhibit 7 is a true and correct copy of the deposition transcript of David Keehan, taken October 21, 2010.

9. Attached hereto as Exhibit 8 is a true and correct copy of the continued deposition transcript of Denise Keehan, taken on October 26, 2010.

10. Attached hereto as Exhibit 9 is a true and correct copy of the continued deposition transcript of Arlene Keehan, taken on October 28, 2010.

11. Attached hereto as Exhibit 10 is a true and correct copy of the continued deposition transcript of Donald Keehan, taken on November 17, 2010.

12. Attached hereto as Exhibit 11 is a true and correct copy of the deposition transcript of John Cech, taken on November 22, 2010.

13. Attached hereto as Exhibit 12 is a true and correct copy of the deposition transcript of Robert E. Whittall, taken on December 8, 2010.

14. Attached hereto as Exhibit 13 is a true and correct copy of the deposition transcript of Harry W. Greenfield, taken on January 4, 2011.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Sheriff's Deed for the property sold to Arlene Higgins on July 27, 1988, previously marked at Arlene Keehan's October 28, 2010 deposition as Arlene Keehan Exhibit 10.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Agreement to Qualify with IMO the APS Marine Line Coating as Suitable Barrier to Carry IMO II-III Mineral Acid Products on Mild Steel Cargo Tanks, between Guaranteed Advanced tank Technology Ltd., an Ohio U.S.A., Limited Liability Company and a subsidiary of Advanced Polymer Sciences, Inc., and Cantiere Navale SEC, Societa Esercizio Cantieri Group SpA, and Marnavi SpA, dated July 28, 1997, and previously marked as Pesce Exhibit 39.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Operating Agreement of Polymers 2000, LLC, dated July 1, 2000 and previously marked at Donald Keehan's June 2, 2010 deposition as Donald Keehan Exhibit 34.

18. Attached hereto as Exhibit 17 is a true and correct copy of a facsimile from George Lugg to Manos & Stefanski Co., Attention John M. Manos, and Cantiere Navale Sec., dated May 31, 2002.

19. Attached hereto as Exhibit 18 is a true and correct copy of a letter from T. Steven Blake to Advanced Polymer Sciences, Inc. re: Notice of Default and Demand for Payment, dated October 17, 2002.

20. Attached hereto as Exhibit 19 is a true and correct copy of a letter from John M. Manos to Thomas A. St. Marie, dated January 28, 2003, previously marked as Greenfield Exhibit 21.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Bill of Sale by and between Advanced Polymer Sciences, Inc. and Advanced Polymer Coatings, Ltd., made pursuant to the February 6, 2004 Judgment Entry of the Honorable Kosma J. Giavas, executed in March 2004, previously marked at Donald Keehan's June 2, 2010 deposition as Donald Keehan Exhibit

9 and subsequently marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 30.

22. Attached hereto as Exhibit 21 is a true and accurate copy of the Technology License Agreement between Polymers 2000, LLC, and Advanced Polymer Coatings, Ltd., dated April 21, 2004 and previously marked at Donald Keehan's June 2, 2010 deposition as Donald Keehan Exhibit 31.

23. Attached hereto as Exhibit 22 is a true and accurate copy of the year end 2004 Journal Entries Report for Advanced Polymer Sciences, Inc previously marked at the December 2, 2010 deposition of Robert Whittall as Exhibit 8.

24. Attached hereto as Exhibit 23 is a true and correct copy of a letter from John M. Manos to Alex Rokakis, dated August 13, 2007 and previously marked at Donald Keehan's June 2, 2010 deposition as Donald Keehan Exhibit 10.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Minutes of April 1, 2009 Annual Meeting of Advanced Polymer Coatings, Ltd., previously marked at Denise Keehan's May 20, 2010 deposition as Denise Keehan Exhibit 4 and at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 24.

26. Attached hereto as Exhibit 25 is a true and correct copy of Defendants' Rule 26(a)(1) Initial Disclosures in this action, dated February 10, 2010.

27. Attached hereto as Exhibit 26 is a true and correct copy of the Complaint in Daniel Keehan v. Advanced Polymer Coatings, Inc., Ohio Advanced Polymer Coatings, Inc., 5 Star Holding LLC, and Donald J. Keehan, filed May 10, 2010.

28.     Attached hereto as Exhibit 27 is a true and correct copy of the Answer of 5 Star Holdings LLC and Donald J. Keehan in Daniel Keehan v. Advanced Polymer Coatings, et al., filed June 9, 2010.

29.     Attached hereto as Exhibit 28 is a true and correct copy of the Answer of Advanced Polymer Coatings, Inc., in Daniel Keehan v. Advanced Polymer Coatings, et al., filed June 9, 2010.

30.     Attached hereto as Exhibit 29 is a true and correct copy of the list of CVC Sales to Advanced Polymer, dated August 18, 2010.

31.     Attached hereto as Exhibit 30 is a true and correct copy of a MarineLINE Power Point Presentation, previously marked at Denise Keehan's May 20, 2010 deposition as Denise Keehan Exhibit 8.

32.     Attached hereto as Exhibit 31 is a true and correct copy of an Advanced Polymer Coating MarineLine 784 brochure, previously marked at Norbert Hobrath's deposition as Hobrath Exhibit 34.

33.     Attached hereto as Exhibit 32 is a true and correct copy of an Advanced Polymer Coatings brochure entitled Unique Polymer Coatings That Solve Corrosion Problems, previously marked at Norbert Hobrath's deposition as Hobrath Exhibit 38.

34.     Attached hereto as Exhibit 33 is a true and correct copy of an Advanced Polymer Sciences MarineLine brochure entitled High Performance Siloxirane Coating for the Marine Transport Industry, previously marked at Claudio Pesce's deposition as Pesce Exhibit 12.

35.     Attached hereto as Exhibit 34 is a true and correct copy of a Ships Coated Listing printed from the Advanced Polymer Coatings website on May 14, 2010, previously marked at

Denise Keehan's May 20, 2010 deposition as Denise Keehan Exhibit 10 and subsequently marked at Norbert Hobrath's deposition as Hobrath Exhibit 23.

36. Attached hereto as Exhibit 35 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Coatings, LLC for the tax year 2001 and previously marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 9.

37. Attached hereto as Exhibit 36 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Coatings, LLC for the tax year 2002 and previously marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 11.

38. Attached hereto as Exhibit 37 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Coatings, LLC for the tax year 2003 and previously marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 14.

39. Attached hereto as Exhibit 38 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Coatings, LLC for the tax year 2004 and previously marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 16.

40. Attached hereto as Exhibit 39 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Coatings, LLC for the tax year 2005 and previously marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 17.

41. Attached hereto as Exhibit 40 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Coatings, LLC for the tax year 2006 and previously marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 19.

42. Attached hereto as Exhibit 41 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Coatings, LLC for the tax year 2007 and previously marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 20.

43. Attached hereto as Exhibit 42 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Coatings, LLC for the tax year 2008 and previously marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 22.

44. Attached hereto as Exhibit 43 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Coatings, LLC for the tax year 2009 and previously marked at Denise Keehan's October 26, 2010 deposition as Denise Keehan Exhibit 23.

45. Attached hereto as Exhibit 44 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Sciences, Inc. for the tax year 1998 and previously marked at Donald Keehan's June 2, 2010 deposition as Donald Keehan Exhibit 12.

46. Attached hereto as Exhibit 45 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Sciences, Inc. for the tax year 1999 and previously marked at Donald Keehan's June 2, 2010 deposition as Donald Keehan Exhibit 13.

47. Attached hereto as Exhibit 46 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Sciences, Inc. for the tax year 2000 and previously marked at Robert Whittall's December 8, 2010 deposition as Exhibit 13.

48. Attached hereto as Exhibit 47 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Sciences, Inc. for the tax year 2001 and previously marked at Donald Keehan's June 2, 2010 deposition as Donald Keehan Exhibit 14.

49. Attached hereto as Exhibit 48 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Sciences, Inc. for the tax year 2002 and previously marked at Donald Keehan's June 2, 2010 deposition as Donald Keehan Exhibit 15.

50. Attached hereto as Exhibit 49 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Sciences, Inc. for the tax year 2003 and previously marked at Donald Keehan's June 2, 2010 deposition as Donald Keehan Exhibit 29.

51. Attached hereto as Exhibit 50 is a true and correct copy of the U.S. Corporation Income Tax Return for Advanced Polymer Sciences, Inc. for the tax year 2004 and previously marked at Donald Keehan's November 11, 2010 deposition as Donald Keehan Exhibit 27.

52. Attached hereto as Exhibit 51 is a true and correct copy of the U.S. Corporation Income Tax Return for 5 Star Holding LLC, Inc. for the tax year 2009 and previously marked at Donald Keehan's November 11, 2010 deposition as Donald Keehan Exhibit 27.

53. Attached hereto as Exhibit 52 is a true and correct copy of the relevant pages from accounting working papers, previously marked as Exhibit 4 at Robert Whittall's December 8, 2010 deposition.

54. Attached hereto as Exhibit 53 is a true and correct copy of the United States Court of Appeals for the Sixth Circuit May 5, 2010 opinion and decision in the matter of Export-Import Bank of the United States v. Advanced Polymer Sciences, Inc., and Donald and Arlene Keehan, No. 09-3414.

_____
KATHLEEN E. WRIGHT