# EXHIBIT 36

Case 1:08-cv-00389-LPS   Document 166   Filed 02/28/11   Page 2 of 16 PageID #: 4046

**Form 1120** — **U.S. Corporation Income Tax Return**
Department of the Treasury, Internal Revenue Service
For calendar year 2002 or tax year beginning _____, 2002, ending _____, 20___
▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice.
OMB No. 1545-0123
**2002**

| | |
|---|---|
| A Check if a: | |
| 1 Consolidated return (attach Form 851) ☐ | |
| 2 Personal holding co. (attach Sch. PH) ☐ | |
| 3 Personal service corp. (as defined in Regulations sec. 1.441-3(c) — see instructions) ☐ | |
| Use IRS label. Otherwise, print or type. | Name: ADVANCED POLYMER COATINGS, LTD<br>Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.): P. O. BOX 269<br>City or town, state, and ZIP code: AVON, OH 44011 |
| B Employer identification number: 34-1950543 | |
| C Date incorporated: 07/01/2001 | |
| D Total assets (see page 8 of instructions) $: 1,648,625 | |

E Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

*Stamped across form:* **AS AMENDED ORIGINALLY**

### Income
| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 3,844,282 | |
| 1b | Less returns and allowances | 1,537 | |
| 1c | Bal ▶ | | 3,842,745 |
| 2 | Cost of goods sold (Schedule A, line 8) | | 1,742,173 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 2,100,572 |
| 4 | Dividends (Schedule C, line 19) | | |
| 5 | Interest | | |
| 6 | Gross rents | | |
| 7 | Gross royalties | | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | |
| 10 | Other income (see page 9 of instructions—attach schedule) | | |
| 11 | Total income. Add lines 3 through 10 ▶ | | 2,100,572 |

### Deductions (See instructions for limitations on deductions.)
| Line | Description | | Amount |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | | 105,008 |
| 13 | Salaries and wages (less employment credits) | | 198,821 |
| 14 | Repairs and maintenance | | 22,783 |
| 15 | Bad debts | | |
| 16 | Rents | | 120,576 |
| 17 | Taxes and licenses | | 51,913 |
| 18 | Interest | | |
| 19 | Charitable contributions (see page 11 of instructions for 10% limitation) | | |
| 20 | Depreciation (attach Form 4562) | 42,586 | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | 21b 42,586 |
| 22 | Depletion | | |
| 23 | Advertising | | 77,475 |
| 24 | Pension, profit-sharing, etc., plans | | |
| 25 | Employee benefit programs | | 107,509 |
| 26 | Other deductions (attach schedule) | | 1,145,773 |
| 27 | Total deductions. Add lines 12 through 26 ▶ | | 1,872,454 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 228,118 |
| 29a | Less: a Net operating loss (NOL) deduction (see page 13 of instructions) | 190,991 | |
| 29b | b Special deductions (Schedule C, line 20) | | |
| 29c | | | 190,991 |
| 30 | Taxable income. Subtract line 29c from line 28 | | 37,127 |
| 31 | Total tax (Schedule J, line 11) | | 0 |

| 32 | Payments: a 2001 overpayment credited to 2002 | 32a | |
| | b 2002 estimated tax payments | 32b | |
| | c Less 2002 refund applied for on Form 4466 | 32c | d Bal ▶ 32d |
| | e Tax deposited with Form 7004 | | 32e |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) | | 32f |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions | | 32g |
| | | | 32h |
| 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☐ | | |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | 0 |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | |
| 36 | Enter amount of line 35 you want: Credited to 2003 estimated tax ▶    Refunded ▶ | | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.
Signature of officer _____ Date _____ Title _____
May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**
Preparer's signature _____ Date _____ Check if self-employed ☐
Preparer's SSN or PTIN: 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
Firm's name (or yours if self-employed), address, and ZIP code: JOHN P. HYLAND & COMPANY, 31109 WOLF ROAD, BAY VILLAGE, OH 44140-1663
EIN 34-1457175
Phone no. (440) 835-2745

Cat. No. 11450Q
Form **1120** (2002)

DEPOSITION EXHIBIT 11 Denise Kozar 10.26.10   PENGAD 800-631-6989

Form 1120 (2002) ADVANCED POLYMER COATINGS, LTD  34-1950543  Page 2

### Schedule A — Cost of Goods Sold (see page 14 of instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 351,357 |
| 2 | Purchases | 890,898 |
| 3 | Cost of labor | 39,836 |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) | 708,157 |
| 6 | Total. Add lines 1 through 5 | 1,990,248 |
| 7 | Inventory at end of year | 248,075 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on line 2, page 1 | 1,742,173 |

9a Check all methods used for valuing closing inventory:
  (i) ☒ Cost as described in Regulations section 1.471-3
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Other (Specify method used and attach explanation.) ▶ ..................
 b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) . . . . . ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO  9d
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? . . . . ☐ Yes ☒ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

### Schedule C — Dividends and Special Deductions (see instructions beginning on page 15)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | Total. Add lines 1 through 8. See page 16 of instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ▶ | | | |

### Schedule E — Compensation of Officers (see instructions for line 12, page 1, on page 10 of instructions)

Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| DONALD J. KEEHAN | 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 | 50.00 % | 50.00 % | % | 60,008 |
| ARLENE H. KEEHAN | 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 | 50.00 % | 50.00 % | % | 45,000 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | |
|---|---:|
| Total compensation of officers | 105,008 |
| Compensation of officers claimed on Schedule A and elsewhere on return | |
| Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | 105,008 |

Form 1120 (2002)

Form 1120 (2002) ADVANCED POLYMER COATINGS, LTD  34-1950543  Page 3

### Schedule J — Tax Computation (see page 17 of instructions)

1. Check if the corporation is a member of a controlled group (see sections 1561 and 1563) . . . . ▶ ☐
   Important: Members of a controlled group, see instructions on page 17.
2a. If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):
   (1) $ _____  (2) $ _____  (3) $ _____
 b. Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) $ _____
   (2) Additional 3% tax (not more than $100,000) $ _____
3. Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 17) . ▶ ☐ | 3 | 5,569
4. Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
5. Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 5,569
6a. Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . | 6a |
 b. Possessions tax credit (attach Form 5735) . . . . . . . . . | 6b |
 c. Check: ☐ Nonconventional source fuel credit ☐ QEV credit (attach Form 8834) | 6c |
 d. General business credit. Check box(es) and indicate which forms are attached.
   ☐ Form 3800  ☒ Form(s) (specify) ▶ 6765 | 6d | 5,569
 e. Credit for prior year minimum tax (attach Form 8827) . . . | 6e |
 f. Qualified zone academy bond credit (attach Form 8860) . | 6f |
7. Total credits. Add lines 6a through 6f . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 5,569
8. Subtract line 7 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | 0
9. Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . . . . . . | 9 |
10. Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697
   ☐ Form 8866  ☐ Other (attach schedule) . . . . . . | 10 |
11. Total tax. Add lines 8 through 10. Enter here and on line 31, page 1 . . . . . . . . . . . . . . . . | 11 | 0

(Stamp: AS AMENDED OFFICIAL IN ALL)

### Schedule K — Other Information (see page 19 of instructions)

1. Check method of accounting: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ _____
2. See page 21 of the instructions and enter the:
 a. Business activity code no. ▶ 325500
 b. Business activity ▶ COATINGS
 c. Product or service ▶ COATING PRODUCT
3. At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . — No (X)
   If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.
4. Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . — No (X)
   If "Yes," enter name and EIN of the parent corporation ▶ _____
5. At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) . . . . . . . . . . . . . . — No (X)
   If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ _____
6. During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . — No (X)
   If "Yes," file Form 5452, Corporate Report of Nondividend Distributions.
   If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.

7. At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? . . . . . . . . . . . . . . — No (X)
   If "Yes," enter: (a) Percentage owned ▶ _____
   and (b) Owner's country ▶ _____
   The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ _____
8. Check this box if the corporation issued publicly offered debt instruments with original issue discount . ▶ ☐
   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.
9. Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____
10. Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ 2
11. If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☒
    If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3)(i) or (ii) must be attached or the election will not be valid.
12. Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ -120,921
13. Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? . . . — No (X)
    If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

Form 1120 (2002)

Form 1120 (2002) ADVANCED POLYMER COATINGS, LTD  
34-1950543  Page 4

Note: *The corporation is not required to complete Schedules L, M-1, and M-2 if Question 13 on Schedule K is answered "Yes."*

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | 28,381 | | 65,961 |
| 2a | Trade notes and accounts receivable | 882,372 | | 1,058,295 | |
| b | Less allowance for bad debts | ( ) | 882,372 | ( ) | 1,058,295 |
| 3 | Inventories | | 351,357 | | 248,075 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) | | 11,897 | | 40,048 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | | | |
| 10a | Buildings and other depreciable assets | 119,116 | | 167,739 | |
| b | Less accumulated depreciation | ( 18,249 ) | 100,867 | ( 56,959 ) | 110,780 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach schedule) | | | | 125,466 |
| 15 | Total assets | | 1,374,874 | | 1,648,625 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 348,591 | | 338,792 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 13,549 | | 17,404 |
| 18 | Other current liabilities (attach schedule) | | 288,782 | | 291,769 |
| 19 | Loans from shareholders | | | | 28,050 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 31,079 | | 31,965 |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 886,596 | 886,596 | 886,596 | 886,596 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach schedule) | | | | |
| 25 | Retained earnings—Unappropriated | | -193,723 | | 54,049 |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 1,374,874 | | 1,648,625 |

*"AS AMENDED / ORIGINALLY"* (handwritten stamp)

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (see page 20 of instructions)

| | | | | | |
|---|---|---:|---|---|---:|
| 1 | Net income (loss) per books | 224,545 | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
| 2 | Federal income tax per books | 0 | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): a Depreciation $ _____ b Charitable contributions $ _____ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | | |
| a | Depreciation $ -3,877 | | | | |
| b | Charitable contributions $ _____ | | | | |
| c | Travel and entertainment $ 7,450 | | 9 | Add lines 7 and 8 | |
| | | 3,573 | | | |
| 6 | Add lines 1 through 5 | 228,118 | 10 | Income (line 28, page 1)—line 6 less line 9 | 228,118 |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---:|---|---|---:|
| 1 | Balance at beginning of year | -193,723 | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | 224,545 | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | | | 6 | Other decreases (itemize): _____ | |
| | See Schedule | 23,227 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | 54,049 | 8 | Balance at end of year (line 4 less line 7) | 54,049 |

Form 1120 (2002)

# Form 6765 — Credit for Increasing Research Activities

OMB No. 1545-0619
Department of the Treasury
Internal Revenue Service
► See separate Instructions.
► Attach to your tax return.
**2002**
Attachment Sequence No. 81

Name(s) shown on return: **ADVANCED POLYMER COATINGS, LTD**
Identifying number: **34-1950543**

**Part I — Current Year Credit** (Members of controlled groups or businesses under common control, see instructions.)

**Section A—Regular Credit.** Skip this section and go to Section B if you are electing or previously elected the alternative incremental credit.

| # | Description | Value |
|---|---|---|
| 1 | Basic research payments paid or incurred to qualified organizations (see instructions) | |
| 2 | Qualified organization base period amount | |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- | |
| 4 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | |
| 5 | Cost of supplies | |
| 6 | Rental or lease costs of computers (see instructions) | |
| 7 | Enter the applicable percentage of contract research expenses (see instructions) | |
| 8 | Total qualified research expenses. Add lines 4 through 7 | |
| 9 | Enter fixed-base percentage, but not more than 16% (see instructions) | % |
| 10 | Enter average annual gross receipts (see instructions) | |
| 11 | Multiply line 10 by the percentage on line 9 | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | |
| 13 | Multiply line 8 by 50% (.50) | |
| 14 | Enter the smaller of line 12 or line 13 | |
| 15 | Add lines 3 and 14 | |
| 16 | Regular credit. If you are not electing the reduced credit under section 280C(c), multiply line 15 by 20% (.20), enter the result, and see the instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 15 by 13% (.13) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space. Go to Section C | |

*(Stamped: "AS AMENDED ORIGINALLY")*

**Section B—Alternative Incremental Credit.** Skip this section if you completed Section A.

| # | Description | Value |
|---|---|---|
| 17 | Basic research payments paid or incurred to qualified organizations (see the line 1 instructions) | 54,351 |
| 18 | Qualified organization base period amount | |
| 19 | Subtract line 18 from line 17. If zero or less, enter -0- | 54,351 |
| 20 | Multiply line 19 by 20% (.20) | 10,870 |
| 21 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | |
| 22 | Cost of supplies | |
| 23 | Rental or lease costs of computers (see the line 6 instructions) | |
| 24 | Enter the applicable percentage of contract research expenses (see the line 7 instructions) | |
| 25 | Total qualified research expenses. Add lines 21 through 24 | |
| 26 | Enter average annual gross receipts (see the line 10 instructions) | |
| 27 | Multiply line 26 by 1% (.01) | |
| 28 | Subtract line 27 from line 25. If zero or less, enter -0- | 0 |
| 29 | Multiply line 26 by 1.5% (.015) | |
| 30 | Subtract line 29 from line 25. If zero or less, enter -0- | 0 |
| 31 | Subtract line 30 from line 28 | 0 |
| 32 | Multiply line 26 by 2% (.02) | |
| 33 | Subtract line 32 from line 25. If zero or less, enter -0- | 0 |
| 34 | Subtract line 33 from line 30 | 0 |
| 35 | Multiply line 31 by 2.65% (.0265) | |
| 36 | Multiply line 34 by 3.2% (.032) | |
| 37 | Multiply line 33 by 3.75% (.0375) | |
| 38 | Add lines 20, 35, 36, and 37 | 10,870 |
| 39 | Alternative incremental credit. If you are not electing the reduced credit under section 280C(c), enter the amount from line 38, and see the line 16 instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 38 by 65% (.65) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space | 10,870 |

**Section C—Current Year Credit for Increasing Research Activities**

| # | Description | Value |
|---|---|---|
| 40 | Pass-through research credit(s) from a partnership, S corporation, estate, or trust | |
| 41 | Current year credit. Add line 16 or line 39 to line 40, and go to Part II on the back | 10,870 |

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 13700H    Form **6765** (2002)

Form 6765 (2002)  ADVANCED POLYMER COATINGS, LTD                                                34-1950543   Page 2

**Part II** Allowable Credit (See Who must file Form 3800 to find out if you complete Part II or file Form 3800.)

| | | | |
|---|---|---|---|
| 42 | Regular tax before credits:<br>• Individuals. Enter the amount from Form 1040, line 42<br>• Corporations. Enter the amount from Form 1120, Schedule J, line 3; Form 1120-A, Part I, line 1; or the amount from the applicable line of your return<br>• Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, or the applicable line of your return | 42 | 5,569 |
| 43 | Alternative minimum tax:<br>• Individuals. Enter the amount from Form 6251, line 35<br>• Corporations. Enter the amount from Form 4626, line 15<br>• Estates and trusts. Enter the amount from Form 1041, Schedule I, line 56 | 43 | |
| 44 | Add lines 42 and 43 | 44 | 5,569 |
| 45a | Foreign tax credit | 45a | |
| b | Credit for child and dependent care expenses (Form 2441, line 11) | 45b | |
| c | Credit for the elderly or the disabled (Schedule R (Form 1040), line 24) | 45c | |
| d | Education credits (Form 8863, line 18) | 45d | |
| e | Credit for qualified retirement savings contributions (Form 8880, line 14) | 45e | |
| f | Child tax credit (Form 1040, line 50) | 45f | |
| g | Mortgage interest credit (Form 8396, line 11) | 45g | |
| h | Adoption credit (Form 8839, line 18) | 45h | |
| i | District of Columbia first-time homebuyer credit (Form 8859, line 11) | 45i | |
| j | Possessions tax credit (Form 5735, line 17 or 27) | 45j | |
| k | Credit for fuel from a nonconventional source | 45k | |
| l | Qualified electric vehicle credit (Form 8834, line 20) | 45l | |
| m | Add lines 45a through 45l | 45m | |
| 46 | Net income tax. Subtract line 45m from line 44. If zero, skip lines 47 through 50 and enter -0- on line 51 | 46 | 5,569 |
| 47 | Net regular tax. Subtract line 45m from line 42. If zero or less, enter -0- | 47 | 5,569 |
| 48 | Enter 25% (.25) of the excess, if any, of line 47 over $25,000 (see instructions) | 48 | 0 |
| 49 | Tentative minimum tax (see instructions):<br>• Individuals. Enter the amount from Form 6251, line 33<br>• Corporations. Enter the amount from Form 4626, line 13<br>• Estates and trusts. Enter the amount from Form 1041, Schedule I, line 54 | 49 | |
| 50 | Enter the greater of line 48 or line 49 | 50 | 0 |
| 51 | Subtract line 50 from line 46. If zero or less, enter -0- | 51 | 5,569 |
| 52 | Credit allowed for the current year. Individuals, estates, and trusts: Enter the smallest of line 41, line 51, or the amount from the formula in the instructions for line 52 here and on Form 1040, line 53; or Form 1041, Schedule G, line 2c. Corporations: Enter the smaller of line 41 or line 51 here and on Form 1120, Schedule J, line 6d; Form 1120-A, Part I, line 2a; or the applicable line of other returns. If line 52 is smaller than line 41, see instructions | 52 | 5,569 |

Form 6765 (2002)

*AS AMENDED ORIGINALLY*

| Form Corp | SUPPLEMENTAL SCHEDULE<br>FORM 1120 PAGES 1-4 | For Tax Year<br>2002 |
|---|---|---|
| Name: ADVANCED POLYMER COATINGS, LTD | | Federal ID Number: 34-1950543 |

### FORM 1120, TAXES (LINE 17)

| DESCRIPTION | AMOUNT |
|---|---:|
| PAYROLL TAXES - SALES | 16,597 |
| PAYROLL TAXES - G & A | 23,650 |
| TAXES - GENERAL | 11,666 |
| **TOTAL** | **51,913** |

### FORM 1120, OTHER DEDUCTIONS (LINE 26)

*AS AMENDED / ORIGINALLY* (handwritten)

| DESCRIPTION | AMOUNT |
|---|---:|
| AUTO EXPENSE | 23,748 |
| BANK CHARGES | 3,637 |
| COMMISSIONS - COATINGS | 89,605 |
| CONTRIBUTIONS & DONATIONS | 340 |
| DUES, SUB & PUB | 6,041 |
| FREIGHT & SHIPPING EXPENSE | 13,813 |
| INSPECTION SERVICES & EXPENSES | 235,590 |
| INSURANCE EXPENSE - GENERAL | 12,300 |
| LEGAL EXPENSES | 66,409 |
| LIT./CAT./VID./QUOTE EXPENSES | 5,438 |
| MISC. G & A EXPENSES | 17,544 |
| OFFICE SALARIES | 117,275 |
| OFFICE SUPPLIES & POSTAGE | 25,580 |
| OUTSIDE SERVICES - PAYROLL | 1,585 |
| PROFESSIONAL SERVICES | 34,007 |
| RESEARCH & DEVELOPMENT | 54,351 |
| SALES MEETINGS & SHOWS EXPENSES | 47,285 |
| SALES SUPPLIES & EXPENSES | 2,782 |
| SAMPLES & TESTING | 5,624 |
| TELEPHONE & TELEGRAPH | 88,980 |
| TRAVEL EXPENSE | 236,492 |
| UTILITIES - ELECTRIC | 24,286 |
| UTILITIES - GAS & WATER | 12,530 |
| WEB SERVICE | 13,081 |
| MEALS/ENTERTAINMENT (14,900 X 05) | 7,450 |
| **TOTAL** | **1,145,773** |

| Form **1120** | | U.S. Corporation Income Tax Return | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2002 or tax year beginning _____, 2002, ending _____ ▶ Instructions are separate. See page 20 for Paperwork Reduction Act Notice. | | **2002** |

| A Check if a: | | Name | B Employer identification number |
|---|---|---|---|
| 1 Consolidated return (attach Form 851) | ☐ | ADVANCED POLYMER COATINGS, LLC | 34-1950543 |
| 2 Personal holding co. (attach Sch. PH) | ☐ | Number, street, and room or suite no. (If a P.O. box, see page 7 of instructions.) P.O. BOX 269 | C Date incorporated 07/01/2001 |
| 3 Personal service corp. (as defined in Regulations sec. 1.441-3(c) - see instructions) | ☐ | City or town, state, and ZIP code AVON, OH  44011 | D Total assets (see page 8 of instructions) $ 1,648,625 |

E Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

**Income**

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales   3,844,282  b Less returns and allowances   1,537  c Bal ▶ | 1c | 3,842,745 |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 1,742,173 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 2,100,572 |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | |
| 10 | Other income (see page 9 of instructions - attach schedule) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 2,100,572 |

**Deductions** (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 12 | 105,008 |
| 13 | Salaries and wages (less employment credits) | 13 | 198,821 |
| 14 | Repairs and maintenance | 14 | 22,793 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 120,576 |
| 17 | Taxes and licenses | 17 | 51,913 |
| 18 | Interest | 18 | |
| 19 | Charitable contributions (see page 12 of instructions for 10% limitation) | 19 | |
| 20 | Depreciation (attach Form 4562)   20   42,586 | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return   21a | 21b | 42,586 |
| 22 | Depletion | 22 | |
| 23 | Advertising | 23 | 77,475 |
| 24 | Pension, profit-sharing, etc., plans | 24 | |
| 25 | Employee benefit programs | 25 | 107,509 |
| 26 | Other deductions (attach schedule) | 26 | 1,286,782 |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 2,013,463 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 87,109 |
| 29 | Less:  a Net operating loss (NOL) deduction (see page 13 of instructions)   29a   249,056 | | |
| | b Special deductions (Schedule C, line 20)   29b | 29c | 249,056 |
| 30 | **Taxable income.** Subtract line 29c from line 28 | 30 | -161,947 |
| 31 | Total tax (Schedule J, line 11) | 31 | |

**Tax and Payments**

| | | | |
|---|---|---|---|
| 32 | Payments: a 2001 overpayment credited to 2002   32a | | |
| | b 2002 estimated tax payments   32b | | |
| | c Less 2002 refund applied for on Form 4466   32c (        ) d Bal ▶   32d | | |
| | e Tax deposited with Form 7004   32e | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439)   32f | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions   32g | 32h | |
| 33 | Estimated tax penalty (see page 14 of instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount of line 35 you want: Credited to 2003 estimated tax ▶   Refunded ▶ | 36 | |

Stamped: **AS AMENDED  AS AMENDED**

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of officer    Date    Title

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | COHEN & COMPANY, LTD., CPA. WWW.COHENCPA.COM, OH 44060 | | EIN   34-1912961 Phone no.   1-800-299-1099 | |

JSA
2C1110 2.000

Form **1120** (2002)

APC 0159

Form 1120 (2002) Page 3

### Schedule J — Tax Computation (See page 17 of instructions)

1. Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ▶ ☐
   Important: Members of a controlled group, see instructions on page 17.
2. a If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):
   (1) _____   (2) _____   (3) _____
   b Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) _____
   (2) Additional 3% tax (not more than $100,000) _____
3. Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 17) ▶ ☐ | 3 |
4. Alternative minimum tax (attach Form 4626) | 4 |
5. Add lines 3 and 4 | 5 | 0.00
6. a Foreign tax credit (attach Form 1118) | 6a |
   b Possessions tax credit (attach Form 5735) | 6b |
   c Check: ☐ Nonconventional source fuel credit  ☐ QEV credit (attach Form 8834) | 6c |
   d General business credit. Check box(es) and indicate which forms are attached.
      ☐ Form 3800  ☒ Form(s) (specify) ▶ 6765 | 6d | 0
   e Credit for prior year minimum tax (attach Form 8827) | 6e |
   f Qualified zone academy bond credit (attach Form 8860) | 6f |
7. Total credits. Add lines 6a through 6f | 7 | 0.00
8. Subtract line 7 from line 5 | 8 | 0.00
9. Personal holding company tax (attach Schedule PH (Form 1120)) | 9 |
10. Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697
    ☐ Form 8866  ☐ Other (attach schedule) | 10 |
11. Total tax. Add lines 8 through 10. Enter here and on line 31, page 1 | 11 | 0.00

### Schedule K — Other Information (see page 19 of instructions)

AS AMENDED
AS AMENDED

1. Check method of accounting: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶
2. See page 21 of the instructions and enter the:
   a Business activity code no. ▶ 325500
   b Business activity ▶ COATING
   c Product or service ▶ COATING PRODUCT
3. At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) ... X (No)
   If "Yes," attach a schedule showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.
4. Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ... X (No)
   If "Yes," enter name and EIN of the parent corporation ▶ _____
5. At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) ... X (Yes)
   If "Yes," attach a schedule showing name and identifying number. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ DON KEEHAN - 100%
6. During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) ... X (No)
   If "Yes," file Form 5452, Corporate Report of Nondividend Distributions.
   If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.

7. At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (a) the total voting power of all classes of stock of the corporation entitled to vote or (b) the total value of all classes of stock of the corporation? ... X (No)
   If "Yes," enter: (a) Percentage owned ▶ _____
   and (b) Owner's country ▶ _____
   c The corporation may have to file Form 5472, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached ▶ _____
8. Check this box if the corporation issued publicly offered debt instruments with original issue discount ... ▶ ☐
   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.
9. Enter the amount of tax-exempt interest received or accrued during the tax year ▶ _____
10. Enter the number of shareholders at the end of the tax year (if 75 or fewer) ▶ _____
11. If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☒
    If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3)(i) or (ii) must be attached or the election will not be valid.
12. Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ -249,056
13. Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year and its total assets at the end of the tax year less than $250,000? ... X (Yes)
    If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 4. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ _____

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach Schedule N (Form 1120), Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

JSA
2C1130 2.000

Form 1120 (2002)

APC0160

Form 1120 (2002)    Page 4

Note: *The corporation is not required to complete Schedules L, M-1, and M-2 if Question 13 on Schedule K is answered "Yes."*

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 28,381 | | 65,961 |
| 2a | Trade notes and accounts receivable | 882,372 | | 1,058,295 | |
| b | Less allowance for bad debts | ( ) | 882,372 | ( ) | 1,058,295 |
| 3 | Inventories | | 351,357 | | 248,075 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) | | 11,897 | | 40,048 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | | | |
| 10a | Buildings and other depreciable assets | 119,116 | | 167,739 | |
| b | Less accumulated depreciation | ( 18,249 ) | 100,867 | ( 56,959 ) | 110,780 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | 0.00 | ( ) | 0.00 |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | 0.00 | ( ) | 0.00 |
| 14 | Other assets (attach schedule) | | | | 125,466 |
| 15 | Total assets | | 1,374,874 | | 1,648,625 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 348,591 | | 338,792 |
| 17 | Mtges., notes, bonds payable in less than 1 year | | 13,549 | | 17,404 |
| 18 | Other current liabilities (attach schedule) | | 288,782 | | 291,769 |
| 19 | Loans from shareholders | | | | 28,050 |
| 20 | Mtges., notes, bonds payable in 1 year or more | | 31,079 | | 31,965 |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 886,596 | 886,596 | 886,596 | 886,596 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings-Appropriated (attach schedule) | | | | |
| 25 | Retained earnings - Unappropriated | | -193,723 | | 54,049 |
| 26 | Adjustments to shareholders' equity (attach schedule) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 1,374,874 | | 1,648,625 |

*Stamped: AS AMENDED / AS AMENDED*

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (See page 20 of instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 224,545 | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
| 2 | Federal income tax per books | 0 | | | |
| 3 | Excess of capital losses over capital gains | | | | 0.00 |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| | | 0.00 | a | Depreciation $ 3,877 | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | b | Charitable contributions $ _____ | |
| a | Depreciation $ _____ | | | EXTRATERRITOR. INCOME EXCLUS. 141,009 | 144,886 |
| b | Charitable contributions $ _____ | | | | |
| c | Travel and entertainment $ 7,450 | 7,450 | 9 | Add lines 7 and 8 | 144,886 |
| 6 | Add lines 1 through 5 | 231,995 | 10 | Income (line 28, page 1) - line 6 less line 9 | 87,109 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -193,723 | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | 224,545 | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | SEE SCHEDULE | 23,227 | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 | 0.00 |
| 4 | Add lines 1, 2, and 3 | 54,049 | 8 | Balance at end of year (line 4 less line 7) | 54,049 |

Form 1120 (2002)

JSA
2C1140 2.000

Form **6765**  
Department of the Treasury  
Internal Revenue Service  

**Credit for Increasing Research Activities**  
▶ See separate instructions.  
▶ Attach to your tax return.

OMB No. 1545-0619  
**2002**  
Attachment Sequence No. 81

Name(s) shown on return: ADVANCED POLYMER COATINGS, LLC  
Identifying number: 34-1950543

**Part I** Current Year Credit (Members of controlled groups or businesses under common control, see instructions.)

**Section A - Regular Credit.** Skip this section and go to Section B if you are electing or previously elected the alternative incremental credit.

| # | Description | Value |
|---|---|---|
| 1 | Basic research payments paid or incurred to qualified organizations (see instructions) | |
| 2 | Qualified organization base period amount | |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- | |
| 4 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 37,904 |
| 5 | Cost of supplies | 7,929 |
| 6 | Rental or lease costs of computers (see instructions) | |
| 7 | Enter the applicable percentage of contract research expenses (see instructions) | 5,537 |
| 8 | Total qualified research expenses. Add lines 4 through 7 | 51,370 |
| 9 | Enter fixed-base percentage, but not more than 16% (see instructions) | 5.428 % |
| 10 | Enter average annual gross receipts (see instructions) | 5,526,341 |
| 11 | Multiply line 10 by the percentage on line 9 | 299,970 |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | |
| 13 | Multiply line 8 by 50% (.50) | 25,685 |
| 14 | Enter the smaller of line 12 or line 13 | |
| 15 | Add lines 3 and 14 | |
| 16 | Regular credit. If you are not electing the reduced credit under section 280C(c), multiply line 15 by 20% (.20), enter the result, and see the instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 15 by 13% (.13) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space. Go to Section C | NONE |

*AS AMENDED* (stamped)

**Section B - Alternative Incremental Credit.** Skip this section if you completed Section A.

| # | Description | Value |
|---|---|---|
| 17 | Basic research payments paid or incurred to qualified organizations (see the line 1 instructions) | |
| 18 | Qualified organization base period amount | |
| 19 | Subtract line 18 from line 17. If zero or less, enter -0- | |
| 20 | Multiply line 19 by 20% (.20) | |
| 21 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | |
| 22 | Cost of supplies | |
| 23 | Rental or lease costs of computers (see the line 6 instructions) | |
| 24 | Enter the applicable percentage of contract research expenses (see the line 7 instructions) | |
| 25 | Total qualified research expenses. Add lines 21 through 24 | |
| 26 | Enter average annual gross receipts (see the line 10 instructions) | |
| 27 | Multiply line 26 by 1% (.01) | |
| 28 | Subtract line 27 from line 25. If zero or less, enter -0- | |
| 29 | Multiply line 26 by 1.5% (.015) | |
| 30 | Subtract line 29 from line 25. If zero or less, enter -0- | |
| 31 | Subtract line 30 from line 28 | |
| 32 | Multiply line 26 by 2% (.02) | |
| 33 | Subtract line 32 from line 25. If zero or less, enter -0- | |
| 34 | Subtract line 33 from line 30 | |
| 35 | Multiply line 31 by 2.65% (.0265) | |
| 36 | Multiply line 34 by 3.2% (.032) | |
| 37 | Multiply line 33 by 3.75% (.0375) | |
| 38 | Add lines 20, 35, 36, and 37 | |
| 39 | Alternative incremental credit. If you are not electing the reduced credit under section 280C(c), enter the amount from line 38, and see the line 16 instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 38 by 65% (.65) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space | |

**Section C - Current Year Credit for Increasing Research Activities**

| # | Description | Value |
|---|---|---|
| 40 | Pass-through research credit(s) from a partnership, S corporation, estate, or trust | |
| 41 | Current year credit. Add line 16 or line 39 to line 40, and go to Part II on the back | NONE |

For Paperwork Reduction Act Notice, see separate instructions.  
Form **6765** (2002)

JSA  
2X5100 1.000

Form 6765 (2002) Page 2

**Part II** Allowable Credit (See **Who must file Form 3800** to find out if you complete Part II or file Form 3800.)

| | | | |
|---|---|---|---|
| 42 | Regular tax before credits: <br> • Individuals. Enter the amount from Form 1040, line 42 <br> • Corporations. Enter the amount from Form 1120, Schedule J, line 3; Form 1120-A, Part I, line 1; or the amount from the applicable line of your return <br> • Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, or the applicable line of your return | 42 | |
| 43 | Alternative minimum tax: <br> • Individuals. Enter the amount from Form 6251, line 35 <br> • Corporations. Enter the amount from Form 4626, line 15 <br> • Estates and trusts. Enter the amount from Form 1041, Schedule I, line 56 | 43 | |
| 44 | Add lines 42 and 43 | 44 | 0.00 |
| 45 a | Foreign tax credit | 45a | |
| b | Credit for child and dependent care expenses (Form 2441, line 11) | 45b | |
| c | Credit for the elderly or the disabled (Schedule R (Form 1040), line 24) | 45c | |
| d | Education credits (Form 8863, line 18) | 45d | |
| e | Credit for qualified retirement savings contributions (Form 8880, line 14) | 45e | |
| f | Child tax credit (Form 1040, line 50) | 45f | |
| g | Mortgage interest credit (Form 8396, line 11) | 45g | |
| h | Adoption credit (Form 8839, line 18) | 45h | |
| i | District of Columbia first-time homebuyer credit (Form 8859, line 11) | 45i | |
| j | Possessions tax credit (Form 5735, line 17 or 27) | 45j | |
| k | Credit for fuel from a nonconventional source | 45k | |
| l | Qualified electric vehicle credit (Form 8834, line 20) | 45l | |
| m | Add lines 45a through 45l | 45m | 0.00 |
| 46 | Net income tax. Subtract line 45m from line 44. If zero, skip lines 47 through 50 and enter -0- on line 51 | 46 | 0.00 |
| 47 | Net regular tax. Subtract line 45m from line 42. If zero or less, enter -0- | 47 | 0.00 |
| 48 | Enter 25% (.25) of the excess, if any, of line 47 over $25,000 (see Instructions) | 48 | 0.00 |
| 49 | Tentative minimum tax (see instructions): <br> • Individuals. Enter the amount from Form 6251, line 33 <br> • Corporations. Enter the amount from Form 4626, line 13 <br> • Estates and trusts. Enter the amount from Form 1041, Schedule I, line 54 | 49 | |
| 50 | Enter the greater of line 48 or line 49 | 50 | 0.00 |
| 51 | Subtract line 50 from line 46. If zero or less, enter -0- | 51 | 0.00 |
| 52 | Credit allowed for the current year. Individuals, estates, and trusts: Enter the smallest of line 41, line 51, or the amount from the formula in the instructions for line 52 here and on Form 1040, line 53; or Form 1041, Schedule G, line 2c. Corporations: Enter the smaller of line 41 or line 51 here and on Form 1120, Schedule J, line 6d; Form 1120-A, Part I, line 2a; or the applicable line of other returns. If line 52 is smaller than line 41, see instructions | 52 | |

*(AMENDED stamp across form)*

Form 6765 (2002)

JSA
2X5110 1.000

APC0163

| Form **5471** (Rev. January 2003) Department of the Treasury Internal Revenue Service | Information Return of U.S. Persons With Respect to Certain Foreign Corporations ▶ See separate instructions. Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 03/01/2002, and ending 02/28/2003 | OMB No. 1545-0704 File In Duplicate (see When and Where To File on page 1 of the instructions) |
|---|---|---|

Name of person filing this return
ADVANCED POLYMER COATINGS, LLC

**A** Identifying number
34-1950543

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)
P.O. BOX 269

**B** Category of filer (See page 1 of the instructions. Check applicable box(es)):
1 ☐   2 ☒   3 ☒   4 ☐   5 ☐

City or town, state, and ZIP code
AVON, OH 44011

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period 50 %

Filer's tax year beginning 01/01/2002, and ending 12/31/2002

**D** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) |||
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| ADVANCED POLYMER COATINGS, LLC | P.O. BOX 269, AVON, OH 44011 | 34-1950543 | X | | |
| DON J. KEEHAN | P.O. BOX 269, AVON, OH 44011 | 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 | | | X |

**Important:** Fill in all applicable lines and schedules. All information *must* be in English. All amounts *must* be stated in U.S. dollars unless otherwise indicated.

**1a** Name and address of foreign corporation
CHEMLINE (EUROPE) LIMITED
COPPER BEECHES, CHELFORD ROAD, ALDERLEY EDGE
CHESHIRE, ENGLAND SK9 7TL

**b** Employer identification number, if any
N/A

**c** Country under whose laws incorporated
UNITED KINGDOM

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency |
|---|---|---|---|---|
| 02/10/2000 | UNITED KINGDOM | 322550 | COATINGS PRODUCTS | POUNDS STERING |

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States
N/A

**b** If a U.S. income tax return was filed, enter:

| (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
|---|---|
| N/A | N/A |

*AS AMENDED* *AS AMENDED*

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation
MR. ROGER HAYDOCK
CHAMPION CHARTERED ACCOUNTANTS
1 WORSLEY COURT, HIGH STREET, WORSLEY
MANCHESTER, ENGLAND M28 3NJ

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different
MR. ROGER HAYDOCK
COPPER BEECHES, CHELFORD ROAD,
ALDERLEY EDGE, CHESHIRE, ENGLAND SK9 7TL

**Schedule A    Stock of the Foreign Corporation**
**Part I - All Classes of Stock**

| (a) Description of each class of stock | (b) Number of shares issued and outstanding ||
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| ORDINARY COMMON SHARES | ONE | TWO |
| | | |
| | | |

**Part II - Additional Information for Preferred Stock**
(To be completed **only** by Category 1 filers for foreign personal holding companies.)

| (a) Description of each class of Preferred stock (Note: This description should match the corresponding description entered in Part I, column (a).) | (b) Par value in functional currency | (c) Rate of dividend | (d) Indicate whether the stock is cumulative or noncumulative |
|---|---|---|---|
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see page 13 of the instructions.    Form **5471** (Rev. 1-2003)

JSA
2X1660 2.000

APC0164

Form 5471 (Rev. 1-2003) Page 2

**Schedule B** U.S. Shareholders of Foreign Corporation (See page 4 of the instructions.)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder (Note: This description should match the corresponding description entered in Schedule A, Part I, column (a).) | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| ADVANCED POLYMER COATINGS, LLC | COMMON ORDINARY | NONE | ONE | 50% |

*AS AMENDED* (stamped)

**Schedule C** Income Statement (See page 5 of the instructions.)

**Important:** Report all information in functional currency in accordance with U.S. GAAP. Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for DASTM corporations.

NOT APPLICABLE FOR 2002 DISCLOSURE PURPOSES AS FOREIGN CORPORATION'S ACCOUNTING PERIOD ENDING FEB 2003 IS REPORTED WITH ADVANCED POLYMER COATINGS 2003 FORM 1120

| | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | | |
| | b | Returns and allowances | | |
| | c | Subtract line 1b from line 1a | | |
| | 2 | Cost of goods sold | | |
| | 3 | Gross profit (subtract line 2 from line 1c) | | |
| | 4 | Dividends | | |
| | 5 | Interest | | |
| | 6 | Gross rents, royalties, and license fees | | |
| | 7 | Net gain or (loss) on sale of capital assets | | |
| | 8 | Other income (attach schedule) | | |
| | 9 | Total income (add lines 3 through 8) | | |
| Deductions | 10 | Compensation not deducted elsewhere | | |
| | 11 | Rents, royalties, and license fees | | |
| | 12 | Interest | | |
| | 13 | Depreciation not deducted elsewhere | | |
| | 14 | Depletion | | |
| | 15 | Taxes (exclude provision for income, war profits, and excess profits taxes) | | |
| | 16 | Other deductions (attach schedule - exclude provision for income, war profits, and excess profits taxes) | | |
| | 17 | Total deductions (add lines 10 through 16) | | |
| Net Income | 18 | Net income or (loss) before extraordinary items, prior period adjustments, and the provision for income, war profits, and excess profits taxes (subtract line 17 from line 9) | | |
| | 19 | Extraordinary items and prior period adjustments (see instructions) | | |
| | 20 | Provision for income, war profits, and excess profits taxes (see instructions) | | |
| | 21 | Current year net income or (loss) per books (combine lines 18 through 20) | | |

Form **5471** (Rev. 1-2003)

JSA
2X1661 2.000

APC0165

NOT APPLICABLE FOR 2002 DISCLOSURE PURPOSES AS FOREIGN CORP ACCOUNTING PERIOD ENDING FEB 2003 INFORMATION IS REPORTED WITH ADVANCED POLYMER COATINGS 2003 FORM 1120

Form 5471 (Rev. 1-2003)   Page 3

**Schedule E**   Income, War Profits, and Excess Profits Taxes Paid or Accrued (See page 5 of instructions.)

| (a) Name of country or U.S. possession | (b) In foreign currency | (c) Conversion rate | (d) In U.S. dollars |
|---|---|---|---|
| 1 U.S. | | | |
| 2 | | | 0.00 |
| 3 | | | 0.00 |
| 4 | | | 0.00 |
| 5 | | | 0.00 |
| 6 | | | 0.00 |
| 7 | | | 0.00 |
| 8 Total | | | 0.00 |

**Schedule F**   Balance Sheet

Important: Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See page 5 of the instructions for an exception for DASTM corporations.

*AS AMENDED*

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1 Cash | 1 | | |
| 2a Trade notes and accounts receivable | 2a | | |
| b Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 Inventories | 3 | | |
| 4 Other current assets (attach schedule) | 4 | | |
| 5 Loans to stockholders and other related persons | 5 | | |
| 6 Investment in subsidiaries (attach schedule) | 6 | | |
| 7 Other investments (attach schedule) | 7 | | |
| 8a Buildings and other depreciable assets | 8a | | |
| b Less accumulated depreciation | 8b | ( ) | ( ) |
| 9a Depletable assets | 9a | | |
| b Less accumulated depletion | 9b | ( ) | ( ) |
| 10 Land (net of any amortization) | 10 | | |
| 11 Intangible assets: | | | |
| a Goodwill | 11a | | |
| b Organization costs | 11b | | |
| c Patents, trademarks, and other intangible assets | 11c | | |
| d Less accumulated amortization for lines 11a, b, and c | 11d | ( ) | ( ) |
| 12 Other assets (attach schedule) | 12 | | |
| 13 Total assets | 13 | 0.00 | 0.00 |

**Liabilities and Stockholders' Equity**

| | | | |
|---|---|---|---|
| 14 Accounts payable | 14 | | |
| 15 Other current liabilities (attach schedule) | 15 | | |
| 16 Loans from stockholders and other related persons | 16 | | |
| 17 Other liabilities (attach schedule) | 17 | | |
| 18 Capital stock: | | | |
| a Preferred stock | 18a | | |
| b Common stock | 18b | | |
| 19 Paid-in or capital surplus (attach reconciliation) | 19 | | |
| 20 Retained earnings | 20 | | |
| 21 Less cost of treasury stock | 21 | ( ) | ( ) |
| 22 Total liabilities and stockholders' equity | 22 | 0.00 | 0.00 |

Form 5471 (Rev. 1-2003)

JSA
ZX1652 2.000