# EXHIBIT 44

| Form **7004** (Rev. July 1998) Department of the Treasury Internal Revenue Service | **Application for Automatic Extension of Time To File Corporation Income Tax Return** | OMB No. 1545-0233 |
|---|---|---|

| Name of corporation | Employer identification no. |
|---|---|
| ADVANCED POLYMER SCIENCES, INC. | 34-1542041 |

Number, street, and room or suite no. (If a P.O. box or outside the United States, see instructions.)
P. O. BOX 269

City or town, state, and ZIP code
AVON, OH 44011

Check type of return to be filed:

| [X] Form 1120 | [ ] Form 1120-FSC | [ ] Form 1120-ND | [ ] Form 1120-REIT | [ ] Form 1120-SF |
|---|---|---|---|---|
| [ ] Form 1120-A | [ ] Form 1120-H | [ ] Form 1120-PC | [ ] Form 1120-RIC | |
| [ ] Form 1120-F | [ ] Form 1120-L | [ ] Form 1120-POL | [ ] Form 1120S | |

[ ] Form 990-C
[ ] Form 990-T    ► Note: Other 990 filers (i.e., Form 990, 990-EZ, 990-BL, 990-PF, and certain filers of Form 990-T (see instructions)) must use Form 2758 to request an extension of time to file.

Form 1120-F filers: Check here if you do not have an office or place of business in the United States................► [ ]

**1a** I request an automatic 6-month (or, for certain corporations, 3-month) extension of time until **September 15**, **1999**, to file the income tax return of the corporation named above for............► [X] calendar year **1998** or ► [ ] tax year beginning _____, _____, and ending _____, _____.

**b** If this tax year is for less than 12 months, check reason:
[ ] Initial return   [ ] Final return   [ ] Change in accounting period   [ ] Consolidated return to be filed

**2** If this application also covers subsidiaries to be included in a consolidated return, complete the following:

| Name and address of each member of the affiliated group | Employer identification no. | Tax period |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DEPOSITION EXHIBIT DNK #12

| 3 | Tentative tax (see instructions)........................................................... | 3 | 0 |
|---|---|---|---|
| 4 | Credits: | | |
| a | Overpayment credited from prior year . **4a** | | |
| b | Estimated tax payments for the tax year . **4b** 2,800 | | |
| c | Less refund for the tax year applied for on Form 4466 . **4c** ( ) Bal► **4d** 2,800 | | |
| e | Credit for tax paid on undistributed capital gains (Form 2439).......... **4e** | | |
| f | Credit for Federal tax on fuels (Form 4136)......................... **4f** | | |
| 5 | Total. Add lines 4d through 4f........................................................... | 5 | 2,800 |
| 6 | Balance due. Subtract line 5 from line 3. Deposit this amount electronically or with a Federal Tax Deposit (FTD) Coupon (see instructions)........................................................... | 6 | 0 |

Signature. -- Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

_____    _____    _____
(Signature of officer or agent)                         (Title)                         (Date)

For Paperwork Reduction Act Notice, see instructions.                                     Form **7004** (Rev. 7-98)
CAA    8  70041    NTF 15864    GLD 2920
Copyright Forms Software Only, 1998 Nelco

\*\*\* Net Operating Loss Worksheet \*\*\*

Name: ADVANCED POLYMER SCIENCES, INC.                                    EIN: 34-1542041

| Year End | Original Loss | Loss Applied | NOL Used | NOL Carryover |
|---|---|---|---|---|
| 1997 | | | | |
| 1996 | 190,129 | | 190,129 | |
| 1995 | | | | |
| 1994 | | | | |
| 1993 | | | | |
| 1992 | | | | |
| 1991 | | | | |
| 1990 | | | | |
| 1989 | | | | |
| 1988 | | | | |
| 1987 | | | | |
| 1986 | | | | |
| 1985 | | | | |
| 1984 | | | | |
| 1983 | | | | |

Totals:            190,129                        190,129

Current Year Income/Loss:              220,560
Net Operating Loss Deduction:          190,129
-----------------------------------------------
Remaining Income:                       30,431

*** Tax Computation Worksheet ***

Name: ADVANCED POLYMER SCIENCES, INC.                         EIN: 34-1542041

```
Taxable Income..........................                    30,431
First Tax Bracket Amount................      30,431
Second Tax Bracket Amount...............           0
Income Subject to 34% Tax Rate..........           0
Income Subject to 35% Tax Rate..........           0
15% of First Tax Bracket Amount.........       4,565
25% of Second Tax Bracket Amount........           0
Tax on Income Subject to 34% Tax Rate...           0
Tax on Income Subject to 35% Tax Rate...           0
Additional 5% Surtax....................           0
Additional 3% Surtax....................           0
Tax (Schedule J Line 3).................                     4,565
                                                         ============
```

| Form **Corp** | SUPPLEMENTAL SCHEDULE<br>FORM 1120 PAGES 1-4 | For Tax Year **1998** |
|---|---|---|
| Name<br>ADVANCED POLYMER SCIENCES, INC. | | Employer ID Number<br>34-1542041 |

Form 1120, Other Income (Line 10)

| Description | Amount |
|---|---:|
| LICENSE INCOME | 100,000 |
| LOSS ON INVESTMENTS | -69,617 |
| Total | 30,383 |

Form 1120, Taxes (Line 17)

| Description | Amount |
|---|---:|
| OTHER TAXES | 5,675 |
| PAYROLL TAXES | 67,636 |
| Total | 73,311 |

Form 1120, Other Deductions (Line 26)

| Description | Amount |
|---|---:|
| AMORTIZATION | 102,928 |
| AUTO EXPENSE | 60,403 |
| COMMISSIONS - SALES | 267,690 |
| CREDIT & COLLECTION EXPENSE | 24,943 |
| DUES & SUBSCRIPTIONS | 8,701 |
| EQUIPMENT RENTAL - OFFICE | 84,341 |
| FREIGHT OUT | 20,081 |
| INSPECTION SERVICE | 31,993 |
| INSURANCE EXPENSE | 69,782 |
| LEGAL & PROFESSIONAL EXPENSE | 94,212 |
| MISCELLANEOUS EXPENSE | 24,945 |
| OFFICE & POSTAGE EXPENSE | 44,175 |
| OUTSIDE SERVICES | 543,598 |
| RESEARCH & DEVELOPMEMT EXPENSE | 524,945 |
| SALES EXPENSE | 120,181 |
| TELEPHONE EXPENSE | 99,792 |
| TRAVEL EXPENSE | 296,110 |
| UTILITIES | 14,409 |
| WARRANTY EXPENSE | 12,941 |
| Meals/Entertainment (5411 * .5) | 2,706 |
| Total | 2,448,876 |

NTF 2855

Copyright Forms Software Only, 1998 Nelco,Inc. N98MVSS1

## SUPPLEMENTAL SCHEDULE

| Form **Corp** | FORM 1120 PAGES 1-4 | For Tax Year **1998** |
|---|---|---|
| Name ADVANCED POLYMER SCIENCES, INC. | | Employer ID Number 34-1542041 |

Schedule A, Other Costs (Line 5)

| Description | Amount |
|---|---:|
| DEPRECIATION | 35,651 |
| EMPLOYEE BENEFITS - SHOP | 25,496 |
| EQUIPMENT RENTAL | 172,510 |
| FREIGHT IN | 37,545 |
| INDIRECT LABOR | 60,474 |
| RENT - BUILDING | 68,840 |
| REPAIR & MAINTENANCE | 4,412 |
| SAMPLE & TEST EXPENSE | 29,280 |
| SHOP SUPPLIES | 49,066 |
| SUBCONTRACT & OTHER COSTS | 498,706 |
| UTILITIES | 36,281 |
| Total | 1,018,261 |

| Form **Corp** | FORM 1120 PAGES 1-4 | SUPPLEMENTAL SCHEDULE | For Tax Year **1998** |
|---|---|---|---|

| Name | Employer ID Number |
|---|---|
| ADVANCED POLYMER SCIENCES, INC. | 34-1542041 |

Schedule L, Other Current Assets (Line 6)

| Description | Year Beginning | Year End |
|---|---|---|
| PREPAID COMMISSIONS | 4,212 | |
| PREPAID EXPENSES | 14,628 | 14,295 |
| PREPAID FEDERAL INCOME TAX | | 2,800 |
| PREPAID INSURANCE | 4,044 | 4,410 |
| Total | 22,884 | 21,505 |

Schedule L, Other Assets (Line 14)

| Description | Year Beginning | Year End |
|---|---|---|
| DEPOSITS | 37,371 | 43,249 |
| Total | 37,371 | 43,249 |

Schedule L, Other Current Liabilities (Line 18)

| Description | Year Beginning | Year End |
|---|---|---|
| ACCRUED PERSONAL PROPERTY TAX | 2,096 | 3,284 |
| ACCRUED PROFESSIONAL FEES | 59,644 | 76,687 |
| CUSTOMER DEPOSITS | 146,000 | 461,952 |
| ACCRUED CITY INCOME TAX | | 500 |
| ACCRUED COMMISSIONS | | 16,504 |
| ACCRUED FEDERAL INCOME TAX | 1,034 | |
| ACCRUED INTEREST | 8,124 | 7,511 |
| ACCRUED PAYROLL | 32,645 | 19,806 |
| ACCRUED PAYROLL TAXES | 5,313 | 17,139 |
| Total | 254,856 | 603,383 |

NTF 2855

Copyright Forms Software Only, 1998 Nelco,Inc. N98MVSS1

**Form 1120** — U.S. Corporation Income Tax Return
Department of the Treasury
Internal Revenue Service

For calendar year 1998 or tax year beginning _____, 1998, end _____, 19___
► Instructions are separate. See page 1 for Paperwork Reduction Act Notice.

OMB No. 1545-0123

**1998**

| A Check if a: | | |
|---|---|---|
| 1 Consolidated return (attach Form 851) | ☐ | |
| 2 Personal holding co. (attach Sch. PH) | ☐ | |
| 3 Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T -- see instructions) | ☐ | |

Use IRS label. Otherwise, print or type.

Name: ADVANCED POLYMER SCIENCES, INC.
No., street, and room or suite no.: P. O. BOX 269
City/town, state, and ZIP code: AVON, OH 44011

B Employer identification no.: 34-1542041
C Date incorporated: 01/02/1987
D Total assets (see page 5 of Inst.): $ 4,526,316

E Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Change of address

**Income**

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts/sales 6,722,690 b Less returns and allowances 88,256 c Bal ► | 1c | 6,634,434 |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 2,817,591 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 3,816,843 |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | 144 |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | |
| 10 | Other income (see page 6 of instructions -- attach schedule) | 10 | 30,383 |
| 11 | Total income. Add lines 3 through 10 ► | 11 | 3,847,370 |

**Deductions** (See instructions for limitations on deductions.)

| Line | Description | | Amount |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 12 | 99,068 |
| 13 | Salaries and wages (less employment credits) | 13 | 440,965 |
| 14 | Repairs and maintenance | 14 | 36,698 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 45,525 |
| 17 | Taxes and licenses | 17 | 73,311 |
| 18 | Interest | 18 | 206,111 |
| 19 | Charitable contributions (see page 8 of instructions for 10% limitation) | 19 | |
| 20 | Depreciation (attach Form 4562) ... 20 | 74,740 | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return ... 21a | 35,651 21b | 39,089 |
| 22 | Depletion | 22 | |
| 23 | Advertising | 23 | 175,551 |
| 24 | Pension, profit-sharing, etc., plans | 24 | |
| 25 | Employee benefit programs | 25 | 61,616 |
| 26 | Other deductions (attach schedule) | 26 | 2,448,876 |
| 27 | Total deductions. Add lines 12 through 26 ► | 27 | 3,626,810 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 220,560 |
| 29 | Less: a Net operating loss deduction (see page 9 of instructions) ... 29a | 190,129 | |
| | b Special deductions (Schedule C, line 20) ... 29b | | 29c 190,129 |
| 30 | Taxable income. Subtract line 29c from line 28 | 30 | 30,431 |
| 31 | Total tax (Schedule J, line 12) | 31 | 0 |

**Tax and Payments**

| Line | Description | | Amount |
|---|---|---|---|
| 32 | Payments: a 1997 overpayment credited to 1998 ... 32a | | |
| | b 1998 estimated tax payments ... 32b 2,800 | | |
| | c Less 1998 refund applied for on Form 4466 32c ( ) d Bal ► 32d | 2,800 | |
| | e Tax deposited with Form 7004 ... 32e | | |
| | f Credit for tax paid on undistributed capital gains (attach Form 2439) ... 32f | | |
| | g Credit for Federal tax on fuels (attach Form 4136). See instructions ... 32g | 32h | 2,800 |
| 33 | Estimated tax penalty (see page 10 of instructions). Check if Form 2220 is attached ► ☐ | 33 | |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0 |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 2,800 |
| 36 | Enter amount of line 35 you want: Credited to 1999 estimated tax ► 2,800 Refunded ► | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date 9/15/99 Title _____

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN 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 |
| Firm's name (or yours if self-employed) and address | JOHN P. HYLAND & COMPANY 2401 SUPERIOR VIADUCT CLEVELAND, OHIO | EIN ► 34-1457175 | ZIP code ► 44113-2342 |

CAA 8 112012 NTF 17035 GLD 2870
Copyright Forms Software Only, 1998 Nelco

### Schedule A — Cost of Goods Sold (See page 10 of instructions.)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 248,004 |
| 2 | Purchases | 2 | 2,313,860 |
| 3 | Cost of labor | 3 | 133,208 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | 1,018,261 |
| 6 | Total. Add lines 1 through 5 | 6 | 3,713,333 |
| 7 | Inventory at end of year | 7 | 895,742 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 2,817,591 |

9a Check all methods used for valuing closing inventory:
  (i) ☐ Cost as described in Regulations section 1.471-3
  (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ... ▶ ☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ... ▶ ☐
d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ... | 9d | |
e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ... ☐ Yes ☒ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ... ☐ Yes ☒ No

### Schedule C — Dividends and Special Deductions (See page 11 of instructions.)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corps. (sec. 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to 100% deduction (section 245(b)) | | 100 | |
| 9 | Total. Add lines 1 through 8. See page 12 of instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to 100% deduction (sec. 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to 100% ded. (sec. 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corps. under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC & former DISC dividends not included on lines 1, 2, or 3 (sec. 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ▶ | | | |

### Schedule E — Compensation of Officers (See instructions for line 12, page 1.)
Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| 1 | ARLENE H. KEEHAN | 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 | 100.00% | 100.00% | % | 46,731 |
| | DONALD J. KEEHAN | 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 | 100.00% | % | % | 52,337 |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| 2 | Total compensation of officers | | | | | 99,068 |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | | | | | 99,068 |

CAA 8 112012 NTF 17036 GLD 2870
Copyright Forms Software Only, 1998 Nelco

### Schedule J — Tax Computation (See page 13 of instructions.)

1. Check if the corporation is a member of a controlled group (see sections 1561 and 1563) ▶ ☐
   **Important:** Members of a controlled group, see instructions on page 13.
2a. If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):
   (1) $ _____ (2) $ _____ (3) $ _____
  b. Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750) $ _____
                                      (2) Additional 3% tax (not more than $100,000) $ _____
3. Income tax. Check if a qualified personal service corporation under section 448(d)(2) (see page 13) ▶ ☐ | **3** | **4,565**
4a. Foreign tax credit (attach Form 1118) .......... | 4a |
  b. Possessions tax credit (attach Form 5735) ...... | 4b |
  c. Check: ☐ Nonconventional source fuel credit  ☐ QEV credit (attach Form 8834) | 4c |
  d. General business credit. Enter here & check which forms are attached: ☐ 3800
     ☐ 3468  ☐ 5884  ☐ 6478  ☒ 6765  ☐ 8586  ☐ 8830  ☐ 8826
     ☐ 8835  ☐ 8844  ☐ 8845  ☐ 8846  ☐ 8820  ☐ 8847  ☐ 8861 | 4d | 40,332
  e. Credit for prior year minimum tax (attach Form 8827) ..... | 4e |
5. Total credits. Add lines 4a through 4e ................................... | **5** | **40,332**
6. Subtract line 5 from line 3 ............................................. | **6** | **0**
7. Personal holding company tax (attach Schedule PH (Form 1120)) ............. | **7** |
8. Recapture taxes. Check if from: ☐ Form 4255  ☐ Form 8611 ............... | **8** |
9. Alternative minimum tax (attach Form 4626) ............................. | **9** |
10. Add lines 6 through 9 .................................................. | **10** | **0**
11. Qualified zone academy bond credit (attach Form 8860) .................. | **11** |
12. Total tax. Subtract line 11 from line 10. Enter here and on line 31, page 1 .. | **12** | **0**

### Schedule K — Other Information (See page 15 of instructions.)

1. Check method of accounting: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ _____
2. See page 17 of the instructions and state the:
  a. Business activity code no. (NEW) ▶ 422600
  b. Business activity ▶ SALES
  c. Product or service ▶ POLYMERS
3. At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) ...... No: X
   If "Yes," attach a schedule showing: (a) name and identifying number, (b) percentage owned, and (c) taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.
4. Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ............ No: X
   If "Yes," enter employer identification number and name of the parent corporation ▶ _____
5. At the end of the tax year, did any individual, partnership, corporation, estate or trust own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) ............ Yes: X
   If "Yes," attach a schedule showing name and identifying no. (Do not include any info. already entered in 4 above.) Enter percentage owned ▶ 100
6. During this tax year, did the corporation pay dividends (other than stock dividends & distributions in exchange for stock) in excess of the corporation's current and accumulated earnings & profits? (See secs. 301 & 316.) . No: X
   If "Yes," file Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary.
7. Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.) ........ No: X
   If "Yes," attach Form 5471 for each such corporation. Enter number of Forms 5471 attached ▶
8. At any time during the 1998 calendar year, did the corp. have an interest in or a signature or other authority over a financial account (such as a bank account, securities account, or other financial account) in a foreign country? ... No: X
   If "Yes," the corp. may have to file Form TD F 90-22.1.
   If "Yes," enter name of foreign country ▶
9. During the tax year, did corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the corporation may have to file Form 3520. No: X
10. At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of: (a) total voting power of all classes of stock of the corp. entitled to vote, or (b) the total value of all classes of stock of corp.? If "Yes," .... No: X
   a. Enter percentage owned ▶
   b. Enter owner's country ▶
   c. The corporation may have to file Form 5472. Enter number of Forms 5472 attached ▶
11. Check this box if the corporation issued publicly offered debt instruments with original issue discount ....... ▶ ☐
    If so, the corporation may have to file Form 8281.
12. Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $
13. If there were 35 or fewer shareholders at the end of the tax year, enter the number ▶ 1
14. If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here .. ▶ ☐
15. Enter the available NOL carryover from prior tax years (Do not reduce it by any deduction on line 29a.) ▶ $ 190129

CAA  8  112034  NTF 17037  GLD 2871
Copyright Forms Software Only, 1998 Nelco

ADVANCED POLYMER SCIENCES, INC.   34-1542041
Form 1120 (1998)                                                                                      Page 4

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | 465 | | 99,919 |
| 2a | Trade notes and accounts receivable | 2,303,559 | | 3,139,799 | |
| b | Less allowance for bad debts | ( ) | 2,303,559 | ( ) | 3,139,799 |
| 3 | Inventories | | 248,004 | | 895,742 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach schedule) | | 22,884 | | 21,505 |
| 7 | Loans to stockholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach schedule) | | | | |
| 10a | Buildings and other depreciable assets | 1,249,808 | | 1,363,436 | |
| b | Less accumulated depreciation | ( 856,666 ) | 393,142 | ( 1,037,334 ) | 326,102 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach schedule) | | 37,371 | | 43,249 |
| 15 | Total assets | | 3,005,425 | | 4,526,316 |
| | **Liabilities and Stockholders' Equity** | | | | |
| 16 | Accounts payable | | 714,630 | | 966,317 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 1,240,617 | | 1,966,962 |
| 18 | Other current liabilities (attach schedule) | | 254,856 | | 603,383 |
| 19 | Loans from stockholders | | 82,455 | | 478,293 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 679,361 | | 260,000 |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 5,000 | 5,000 | 5,000 | 5,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings -- Appropriated (attach sch.) | | | | |
| 25 | Retained earnings -- Unappropriated | | 28,506 | | 246,361 |
| 26 | Adjustments to shareholders' equity (attach sch.) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and stockholders' equity | | 3,005,425 | | 4,526,316 |

Note: You are not required to complete Schedules M-1 & M-2 below if the total assets on line 15, column (d) of Schedule L are less than $25,000.

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (See page 16 of instructions.)

| | | | | | |
|---|---|---:|---|---|---:|
| 1 | Net income (loss) per books | 217,855 | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ | |
| 2 | Federal income tax | | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year: | | | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): a Depreciation $ b Contributions carryover $ | |
| | a Depreciation $ | | | | |
| | b Contributions carryover $ | | | | |
| | c Travel and entertainment $ 2,705 | | | | |
| | | 2,705 | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | 220,560 | 10 | Income (line 28, pg. 1) - line 6 less line 9 | 220,560 |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---:|---|---|---:|
| 1 | Balance at beginning of year | 28,506 | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | 217,855 | | b Stock | |
| 3 | Other increases: | | | c Property | |
| | | | 6 | Other decreases: | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | 246,361 | 8 | Balance at end of year (line 4 less line 7) | 246,361 |

CAA   8   112034   NTF 17038   GLD 2871
Copyright Forms Software Only, 1998 Nelco

Form **4562**
Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
(Including Information on Listed Property)

► See separate instructions. ► Attach this form to your return.

OMB No. 1545-0172

**1998**

Attachment Sequence No. 67

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| ADVANCED POLYMER SCIENCES, INC | POLYMER SALES | 34-1542041 |

## Part I   Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | |
|---|---|---|
| 1 Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $18,500 |
| 2 Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | 79,506 |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | 18,500 |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| OFFICE EQUIP | 12,754 | 12,754 |
| | | |

| | | |
|---|---|---|
| 7 Listed property. Enter amount from line 27 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 12,754 |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 12,754 |
| 10 Carryover of disallowed deduction from 1997. See page 3 of the instructions | 10 | |
| 11 Business income limitation. Enter smaller of business income (not less than zero) or line 5 (see instructions) | 11 | 18,500 |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 12,754 |
| 13 Carryover of disallowed deduction to 1999. Add lines 9 and 10, less line 12 ► | 13 | |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

## Part II   MACRS Depreciation For Assets Placed in Service ONLY During Your 1998 Tax Year (Do Not Include Listed Property.)

### Section A — General Asset Account Election

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ► ☐

### Section B — General Depreciation System (GDS) (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (business/investment use only -- see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental | | | 27.5 yrs. | MM | S/L | |
| property | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real | | | 39 yrs. | MM | S/L | |
| property | | | | MM | S/L | |

### Section C — Alternative Depreciation System (ADS) (See page 5 of the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

## Part III   Other Depreciation (Do Not Include Listed Property.) (See page 6 of the instructions.)

| | | |
|---|---|---|
| 17 GDS and ADS deductions for assets placed in service in tax years beginning before 1998 | 17 | 26,335 |
| 18 Property subject to section 168(f)(1) election | 18 | |
| 19 ACRS and other depreciation | 19 | |

## Part IV   Summary (See page 6 of the instructions.)

| | | |
|---|---|---|
| 20 Listed property. Enter amount from line 26 | 20 | |
| 21 Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations -- see instructions | 21 | 39,089 |
| 22 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

For Paperwork Reduction Act Notice, see the separate instructions.

Form **4562** (1998)

CAA   8   456212   NTF 16477   GLD 2896
Copyright Forms Software Only, 1998 Nelco

Form 4562 (1998) ADVANCED POLYMER SCIENCES, INC.     34-1542041     Page 2

## Part V — Listed Property -- Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A -- Depreciation and Other Information (Caution: See page 8 of the instructions for limits for passenger automobiles.)

23a Do you have evidence to support business/investment use claimed? [ ] Yes [ ] No    23b If "Yes," is the evidence written? [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Busn./investment use percentage | (d) Cost or other basis | (e) Basis for depr. (busn./investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (See page 7 of the instructions.): ||||||||||
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 25 Property used 50% or less in a qualified business use (See page 7 of the instructions.): ||||||||||
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 .......................... | 26 | |
27 Add amounts in column (i). Enter the total here and on line 7, page 1 ......................... | | 27 |

### Section B -- Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during year (DO NOT include commuting miles) ... | | | | | | |
| 29 Total commuting miles driven during year ... | | | | | | |
| 30 Total other personal (noncommuting) miles driven ... | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 ... | | | | | | |
| | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No | Yes   No |
| 32 Was the vehicle available for personal use during off-duty hours? ... | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? ... | | | | | | |
| 34 Is another vehicle available for personal use? ... | | | | | | |

### Section C -- Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ... | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 9 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners ... | | |
| 37 Do you treat all use of vehicles by employees as personal use? ... | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ... | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See page 9 of the instructions ... | | |

Note: If your answer to 35, 36, 37, 38, or 39 is "Yes," you need not complete Section B for the covered vehicles.

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 1998 tax year: ||||||
| LEASEHOLD IMP | 06/01/1998 | 48,927 | SLD | 5 YR | 5,705 |
| 41 Amortization of costs that began before 1998 ........................... | | | | 41 | 97,223 |
| 42 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return ... | | | | 42 | 102,928 |

CAA   8   456212    NTF 16478    GLD 2896
Copyright Forms Software Only, 1998 Nelco

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | | OMB No. 1545-0172 **1998** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions. ► Attach this form to your return. | | Attachment Sequence No. **67** |
| Name(s) shown on return ADVANCED POLYMER SCIENCES, INC | Business or activity to which this form relates | | Identifying number 34-1542041 |

**Part I** Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | | 1 | $18,500 |
| 2 Total cost of section 179 property placed in service. See page 2 of the instructions | | 2 | 79,506 |
| 3 Threshold cost of section 179 property before reduction in limitation | | 3 | $200,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | | 5 | 18,500 |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| TOOLING | 933 | 933 |
| MACH & EQUIP | 65,819 | 4,313 |

| | | | |
|---|---|---|---|
| 7 Listed property. Enter amount from line 27 | 7 | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | 5,246 |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | | 9 | 5,246 |
| 10 Carryover of disallowed deduction from 1997. See page 3 of the instructions | | 10 | |
| 11 Business income limitation. Enter smaller of business income (not less than zero) or line 5 (see instructions) | | 11 | 18,500 |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | 5,246 |
| 13 Carryover of disallowed deduction to 1999. Add lines 9 and 10, less line 12 ► | 13 | | |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II** MACRS Depreciation For Assets Placed in Service ONLY During Your 1998 Tax Year (Do Not Include Listed Property.)

Section A -- General Asset Account Election

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions. ► ☐

Section B -- General Depreciation System (GDS) (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (business/investment use only -- see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | 61,506 | 5. yr | HY | 200DB | 12,301 |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

Section C -- Alternative Depreciation System (ADS) (See page 5 of the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part III** Other Depreciation (Do Not Include Listed Property.) (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 17 GDS and ADS deductions for assets placed in service in tax years beginning before 1998 | | 17 | 18,104 |
| 18 Property subject to section 168(f)(1) election | | 18 | |
| 19 ACRS and other depreciation | | 19 | |

**Part IV** Summary (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 20 Listed property. Enter amount from line 26 | | 20 | |
| 21 Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations -- see instructions | | 21 | 35,651 |
| 22 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | | |

For Paperwork Reduction Act Notice, see the separate instructions. Form **4562** (1998)
CAA 8 456212 NTF 16477 GLD 2896
Copyright Forms Software Only, 1998 Nelco

| Form **6765** | **Credit for Increasing Research Activities** | OMB No. 1545-0619 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ See separate instructions.<br>▶ Attach to your return. | **1998**<br>Attachment<br>Sequence No. 81 |

| Name(s) shown on return | Identifying number |
|---|---|
| ADVANCED POLYMER SCIENCES, INC. | 34-1542041 |

### Part I  Current Year Credit

**Section A -- Regular Credit.** Include on lines 1 and 4 through 7 ONLY costs paid or incurred before July 1, 1999. Skip this section and go to Section B if you are electing or had previously elected the alternative incremental credit.

| # | Description | | Amount |
|---|---|---|---:|
| 1 | Basic research payments paid or incurred to qualified organizations (see instructions) | 1 | |
| 2 | Qualified organization base period amount | 2 | |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- | 3 | 0 |
| 4 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 4 | 1,619,885 |
| 5 | Cost of supplies | 5 | |
| 6 | Rental or lease costs of computers (see instructions) | 6 | |
| 7 | Enter the applicable percentage of contract research expenses (see instructions) | 7 | |
| 8 | Total qualified research expenses. Add lines 4 through 7 | 8 | 1,619,885 |
| 9 | Enter fixed-base percentage, but not more than 16% (see instructions) | 9 | . % |
| 10 | Enter average annual gross receipts (see instructions) | 10 | |
| 11 | Base amount (see instructions for computation) | 11 | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | 12 | 1,619,885 |
| 13 | Multiply line 8 by 50% (.50) | 13 | 809,943 |
| 14 | Enter the smaller of line 12 or line 13 | 14 | 809,943 |
| 15 | Add lines 3 and 14 | 15 | 809,943 |
| 16 | **Regular credit.** If you are not electing the reduced credit under section 280C(c), multiply line 15 by 20% (.20), enter the result, and see the instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 15 by 13% (.13) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space. Skip lines 17 through 39 and go to line 40 | 16 | 161,989 |

**Section B -- Alternative Incremental Credit.** If the alternative incremental credit election does not apply to your first tax year beginning after June 30, 1996, and before July 1, 1997, include on lines 17 and 21 through 24 ONLY costs paid or incurred before July 1, 1999. Otherwise, see the instructions to figure the applicable credit period. Skip this section if you completed Section A.

| # | Description | | Amount |
|---|---|---|---|
| 17 | Basic research payments paid or incurred to qualified organizations (see the line 1 instructions) | 17 | |
| 18 | Qualified organization base period amount | 18 | |
| 19 | Subtract line 18 from line 17. If zero or less, enter -0- | 19 | |
| 20 | Multiply line 19 by 20% (.20) | 20 | |
| 21 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 21 | |
| 22 | Cost of supplies | 22 | |
| 23 | Rental or lease costs of computers (see the line 6 instructions) | 23 | |
| 24 | Enter the applicable percentage of contract research expenses (see the line 7 instructions) | 24 | |
| 25 | Total qualified research expenses. Add lines 21 through 24 | 25 | |
| 26 | Enter average annual gross receipts (see the line 10 instructions) | 26 | |
| 27 | Multiply line 26 by 1% (.01) | 27 | |
| 28 | Subtract line 27 from line 25. If zero or less, enter -0- | 28 | |
| 29 | Multiply line 26 by 1.5% (.015) | 29 | |
| 30 | Subtract line 29 from line 25. If zero or less, enter -0- | 30 | |
| 31 | Subtract line 30 from line 28. If zero or less, enter -0- | 31 | |
| 32 | Multiply line 26 by 2% (.02) | 32 | |
| 33 | Subtract line 32 from line 25. If zero or less, enter -0- | 33 | |
| 34 | Subtract line 33 from line 30. If zero or less, enter -0- | 34 | |
| 35 | Multiply line 31 by 1.65% (.0165) | 35 | |
| 36 | Multiply line 34 by 2.2% (.022) | 36 | |
| 37 | Multiply line 33 by 2.75% (.0275) | 37 | |
| 38 | Add lines 20, 35, 36, and 37 | 38 | |
| 39 | **Alternative incremental credit.** If you are not electing the reduced credit under section 280C(c), enter the amount from line 38, and see the line 16 instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 38 by 65% (.65) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space | 39 | |
| 40 | Flow-through research credit(s) from a partnership, S corporation, estate, or trust | 40 | |
| 41 | Total current year credit for increasing research activities. Add line 16 OR line 39 to line 40 | 41 | 161,989 |

For Paperwork Reduction Act Notice, see page 2.                                    Form **6765** (1998)
CAA    8  67651    NTF 18772
Copyright Forms Software Only, 1998 Nelco

# Form 6765 — Credit for Increasing Research Activities

OMB No. 1545-0619

**1998**

Department of the Treasury
Internal Revenue Service

▶ See separate instructions.
▶ Attach to your return.

Attachment Sequence No. 81

Name(s) shown on return: ADVANCED POLYMER SCIENCES, INC.

Identifying number: 34-1542041

## Part I — Current Year Credit

**Section A — Regular Credit.** Include on lines 1 and 4 through 7 ONLY costs paid or incurred before July 1, 1999. Skip this section and go to Section B if you are electing or had previously elected the alternative incremental credit.

| # | Description | | Amount |
|---|---|---|---|
| 1 | Basic research payments paid or incurred to qualified organizations (see instructions) | 1 | |
| 2 | Qualified organization base period amount | 2 | |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- | 3 | 0 |
| 4 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 4 | 524,945 |
| 5 | Cost of supplies | 5 | |
| 6 | Rental or lease costs of computers (see instructions) | 6 | |
| 7 | Enter the applicable percentage of contract research expenses (see instructions) | 7 | |
| 8 | Total qualified research expenses. Add lines 4 through 7 | 8 | 524,945 |
| 9 | Enter fixed-base percentage, but not more than 16% (see instructions) | 9 | . % |
| 10 | Enter average annual gross receipts (see instructions) | 10 | |
| 11 | Base amount (see instructions for computation) | 11 | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | 12 | 524,945 |
| 13 | Multiply line 8 by 50% (.50) | 13 | 262,473 |
| 14 | Enter the smaller of line 12 or line 13 | 14 | 262,473 |
| 15 | Add lines 3 and 14 | 15 | 262,473 |
| 16 | Regular credit. If you are not electing the reduced credit under section 280C(c), multiply line 15 by 20% (.20), enter the result, and see the instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 15 by 13% (.13) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space. Skip lines 17 through 39 and go to line 40 | 16 | 52,495 |

**Section B — Alternative Incremental Credit.** If the alternative incremental credit election does not apply to your first tax year beginning after June 30, 1996, and before July 1, 1997, include on lines 17 and 21 through 24 ONLY costs paid or incurred before July 1, 1999. Otherwise, see the instructions to figure the applicable credit period. Skip this section if you completed Section A.

| # | Description | | Amount |
|---|---|---|---|
| 17 | Basic research payments paid or incurred to qualified organizations (see the line 1 instructions) | 17 | |
| 18 | Qualified organization base period amount | 18 | |
| 19 | Subtract line 18 from line 17. If zero or less, enter -0- | 19 | |
| 20 | Multiply line 19 by 20% (.20) | 20 | |
| 21 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 21 | |
| 22 | Cost of supplies | 22 | |
| 23 | Rental or lease costs of computers (see the line 6 instructions) | 23 | |
| 24 | Enter the applicable percentage of contract research expenses (see the line 7 instructions) | 24 | |
| 25 | Total qualified research expenses. Add lines 21 through 24 | 25 | |
| 26 | Enter average annual gross receipts (see the line 10 instructions) | 26 | |
| 27 | Multiply line 26 by 1% (.01) | 27 | |
| 28 | Subtract line 27 from line 25. If zero or less, enter -0- | 28 | |
| 29 | Multiply line 26 by 1.5% (.015) | 29 | |
| 30 | Subtract line 29 from line 25. If zero or less, enter -0- | 30 | |
| 31 | Subtract line 30 from line 28. If zero or less, enter -0- | 31 | |
| 32 | Multiply line 26 by 2% (.02) | 32 | |
| 33 | Subtract line 32 from line 25. If zero or less, enter -0- | 33 | |
| 34 | Subtract line 33 from line 30. If zero or less, enter -0- | 34 | |
| 35 | Multiply line 31 by 1.65% (.0165) | 35 | |
| 36 | Multiply line 34 by 2.2% (.022) | 36 | |
| 37 | Multiply line 33 by 2.75% (.0275) | 37 | |
| 38 | Add lines 20, 35, 36, and 37 | 38 | |
| 39 | Alternative incremental credit. If you are not electing the reduced credit under section 280C(c), enter the amount from line 38, and see the line 16 instructions for the schedule that must be attached. If you are electing the reduced credit, multiply line 38 by 65% (.65) and enter the result. Also, write "Sec. 280C" on the dotted line to the left of the entry space | 39 | |
| 40 | Flow-through research credit(s) from a partnership, S corporation, estate, or trust | 40 | |
| 41 | Total current year credit for increasing research activities. Add line 16 OR line 39 to line 40 | 41 | 52,495 |

For Paperwork Reduction Act Notice, see page 2.

Form 6765 (1998)

CAA B 67651 NTF 18772
Copyright Forms Software Only, 1998 Nelco