# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARNAVI SpA, as agent for JILMAR SHIPPING S.A.,<br><br>        Plaintiffs,<br><br>    -v-<br><br>DONALD P. KEEHAN, ARLENE KEEHAN, ADVANCED POLYMER SCIENCES, INC.; ADVANCED POLYMER COATINGS, LTD F/K/A ADVANCED POLYMER COATINGS LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 08-389 SLR/LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the appearance of Sean M. Brennecke (Delaware Bar I.D No. 4686) on behalf of Defendants Donald J. Keehan and Arlene Keehan is hereby withdrawn in the above action.  Defendants Donald J. Keehan and Arlene Keehan will continue to be represented by Joel Friedlander and the law firm of Bouchard Margules & Friedlander, P.A.

Dated: November 14, 2011

                                                BOUCHARD MARGULES
                                                   & FRIEDLANDER, P.A.

                                                  /s/ Joel Friedlander
                                                  Joel Friedlander (#3163)
                                                  222 Delaware Avenue, Suite 1400
                                                  Wilmington, DE  19801
                                                  (302) 573-3500
                                                  jfriedlander@bmf-law.com

                                                  *Attorney for Donald J. Keehan and*
                                                  *Arlene Keehan*

{BMF-W0273801.}